NELSON CHAN (#109272)
  Chief Counsel
SUSAN SAYLOR (#154592)
  Special Projects Counsel
DEPARTMENT OF FAIR EMPLOYMENT
  AND HOUSING
39141 Civic Center Drive, Suite 401
Fremont, CA  94538
Telephone: (510) 789-1031

Attorneys for Plaintiff, DFEH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California, <br><br>  Plaintiff, <br><br> vs. <br><br> LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware tax exempt corporation, and DOES ONE through TEN, inclusive, <br><br>  Defendants. | **Case No.  C 12-01830 EMC** <br><br> **DEMAND FOR JURY TRIAL** |
| JOHN DOE, JANE DOE, PETER ROE, RAYMOND BANKS, KEVIN COLLINS, RODNEY DECOMO-SCHMITT, ANDREW GROSSMAN, ELIZABETH HENNESSEY-SEVERSON, OTILIA IOAN, ALEX JOHNSON, NICHOLAS JONES, CAROLINE LEE, ANDREW QUAN, STEPHANIE SEMOS, GAZELLE TALESHPOUR, KEVIN VIELBAUM, AUSTIN WHITNEY, and all other similarly situated individuals, <br><br>  Real Party in Interest. | |

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

Plaintiff Department of Fair Employment and Housing hereby demands a jury trial in this action.

-1-

DEMAND FOR JURY TRIAL, Case No. C 12-01830 EMC,
*Dept. Fair Empl. & Hous. v. Law School Admission Council, Inc.* (Whitney et al.)

COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated

-2-

1  Dated:  April 17, 2012                    DEPARTMENT OF FAIR EMPLOYMENT
                                             AND HOUSING
2
                                             NELSON CHAN
3                                            Chief Counsel

4                                            SUSAN SAYLOR
5                                            Special Projects Counsel

6
                                      By:    /s/
7                                            Susan Saylor
                                             Attorneys for the Department
8



COURT PAPER
State of California
Std. 113 Rev. 3-95
FE&H Automated