ENDORSED
FILED
ALAMEDA COUNTY

MAR 15 2012

CLERK OF THE SUPERIOR COURT
By_____ Deputy

NELSON CHAN (#109272)
  Chief Counsel
SUSAN SAYLOR (#154592)
  Special Projects Counsel
DEPARTMENT OF FAIR EMPLOYMENT
  AND HOUSING
39141 Civic Center Drive, Suite 410
Fremont, CA 94538
Telephone: (510) 789-1031

Attorneys for the DFEH
[Filing fee exempt, Gov. Code, § 6103]

BY FAX

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware tax exempt corporation, and DOES ONE through TEN, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No. RG 12621479<br><br>DECLARATION OF JANE DOE IN SUPPORT OF MOTION TO PROCEED USING FICTITIOUS NAMES<br><br>Date: 5-15-12<br>Time: 11:30<br>Dept.: 31 |
| JOHN DOE, JANE DOE, PETER ROE, RAYMOND BANKS, KEVIN COLLINS, RODNEY DECOMO-SCHMITT, ANDREW GROSSMAN, ELIZABETH HENNESSEY-SEVERSON, OTILIA IOAN, ALEX JOHNSON, NICHOLAS JONES, CAROLINE LEE, ANDREW QUAN, STEPHEN SEMOS, GAZELLE TALESHPOUR, KEVIN VIELBAUM, AUSTIN WHITNEY, and all other similarly situated individuals,<br><br>　　　　　　　　　Real Parties in Interest. | |

I, Jane Doe, hereby declare:

-1-

1. I am a law student and a real party in interest in this lawsuit against the Law School Admission Council, Inc. (LSAC). I have personal knowledge of the above-captioned case, and if called upon to testify, I could do so competently.

2. I am 28 years old.

3. I have been diagnosed with attention deficit disorder (ADD), a learning disability, for which I requested reasonable accommodations on the LSAT.

4. I believe that LSAC has violated my rights as a person with a disability and I wish to participate in the lawsuit being handled by the DFEH as a real party in interest. However, I do not wish to reveal my true name.

5. I would like to retain my right to privacy in my diagnosis and related medical information because, if made public, I believe that my ability to secure employment in a corporate law environment will be severely limited. I have reason to believe that a corporate law firm would find the existence of a learning disability in a prospective applicant to be a disqualifying factor.

6. I am also afraid that, if my real name is used in the DFEH lawsuit, it will have a negative impact on my career because I believe that the legal profession is one that is generally not sympathetic to those with disabilities, apparent or not. The firms to which I am applying are extremely competitive and would likely view my disability as a reason to disqualify my candidacy.

7. I would like to participate in this case using a fictitious name.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 14th day of March, 2012, in New York County in the State of New York.

_Jane Doe_
Real Party in Interest

-2-

*DFEH v. Law School Admission Council, Inc.* (Whitney)
Doe Declaration in Support of Motion to Proceed Using Fictitious Names