1
2
3
4
5
6
7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., a Delaware tax exempt corporation, and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. C 12-01830 EMC<br><br>[~~PROPOSED~~] ORDER CHANGING BRIEFING SCHEDULE ON MOTION TO DISMISS |
| JOHN DOE, JANE DOE, PETER ROE, RAYMOND BANKS, KEVIN COLLINS, RODNEY DECOMO-SCHMITT, ANDREW GROSSMAN, ELIZABETH HENNESSEY-SEVERSON, OTILIA IOAN, ALEX JOHNSON, NICHOLAS JONES, CAROLINE LEE, ANDREW QUAN, STEPHANIE SEMOS, GAZELLE TALESHPOUR, KEVIN VIELBAUM, AUSTIN WHITNEY, and all other similarly situated individuals,<br><br>Real Parties in Interest. | |

Pursuant to a stipulated request by the parties, the Court hereby changes the briefing schedule on Defendant Law School Admission Council, Inc.'s ("LSAC") motion to dismiss as follows:



-1-

**ORDER CHANGING BRIEFING SCHEDULE ON MOTION TO DISMISS**
Case No. C 12-01830 EMC, *Dept. Fair Empl. & Hous. v. Law School Admission Council, Inc.* (Whitney et al.)

**COURT PAPER**
State of California
Std. 113 Rev. 3-95
FE&H Automated

-2-

1. The Department of Fair Employment and Housing may have an extension of time through and including June 21, 2012 to file its brief in opposition to the motion to dismiss.

2. LSAC may have an extension of time through and including June 28, 2012 to file its reply brief.

SO ORDERED.

Dated: __May 24, 2012__

_____
Hon. Edward M. Chen
United S[tates District Judge]



-2-

**ORDER CHANGING BRIEFING SCHEDULE ON MOTION TO DISMISS**
Case No. C 12-01830 EMC, *Dept. Fair Empl. & Hous. v. Law School Admission Council, Inc.* (Whitney et al.)