**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,

        Plaintiffs,

   v.

LAW SCHOOL ADMISSION COUNCIL INC,

        Defendants.
_____/

No. C-12-1830 EMC

**ORDER RE THIRD PARTY LETTER OF JUNE 25, 2012**

On June 25, 2012, this Court received a letter from the Legal Aid Society-Employment Law Center regarding the above-captioned case. A copy of the letter is attached to this order. This letter was not filed electronically with the Court, but the Proof of Service attached to the letter indicates that Plaintiff and Defendant both received notice and a copy of it by U.S. Mail. If either party desires to respond to this letter, they may do so in a brief no longer than seven pleading pages in length. Any such brief must be filed **no later than Wednesday, July 11, 2012, at 12:00 p.m.**

IT IS SO ORDERED.

Dated: July 6, 2012

_____
EDWARD M. CHEN
United States District Judge