Claudia Center, State Bar No. 158255
Gina Gemello, State Bar No. 282964
The LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:   (415) 864-8848
Facsimile:    (415) 593-0096
Emails:        ccenter@las-elc.org
                   ggemello@las-elc.org

Attorneys for Plaintiffs-Intervenors
ANDREW QUAN, NICHOLAS JONES, and
ELIZABETH HENNESSEY-SEVERSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>    Plaintiff,<br><br>  v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., *ET AL.,*<br><br>    Defendants.<br>_____<br>JOHN DOE, JANE DOE, PETER ROE, RAYMOND BANKS, KEVIN COLLINS, RODNEY DECOMO-SCHMITT, ANDREW GROSSMAN, ELIZABETH HENNESSEY-SEVERSON, OTILIA IOAN, ALEX JOHNSON, NICHOLAS JONES, CAROLINE LEE, ANDREW QUAN, STEPHEN SEMOS, GAZELLE TALESHPOUR, KEVIN VIELBAUM, AUSTIN WHITNEY, and all other similarly situated individuals,<br><br>    Real Parties in Interest | **Case No.  CV 12-1830-EMC**<br><br>**DECLARATION OF CLAUDIA CENTER IN SUPPORT OF MOTION TO INTERVENE**<br><br>DATE: September 7, 2012<br>TIME:   1:30 p.m.<br>LOCATION:  Courtroom 5, 17th Floor<br>                         San Francisco, CA 94102<br><br>The Honorable Edward M. Chen |

Declaration in Support of Motion to Intervene
Case No. CV 12-1830-EMC                                                                                                                1

I, CLAUDIA CENTER, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and before this Court, and am one of the attorneys representing Mr. Andrew QUAN, Mr. Nicholas JONES, and Ms. Elizabeth HENNESSEY-SEVERSON. I submit this Declaration in Support of the Motion to Intervene in the above-captioned matter.

2. I have personal knowledge of the facts set forth in this declaration and am competent to testify to them.

3. Attached hereto as Exhibit A is a true and correct copy of the Complaint in Intervention that Mr. QUAN, Mr. JONES, and Ms. HENNESSEY-SEVERSON request permission to file.

4. On or about February 6, 2012, California's Department of Fair Employment and Housing (DFEH) issued an "accusation" against Defendant LAW SCHOOL ADMISSION COUNCIL (LSAC) before the Fair Employment and Housing Commission, alleging violations of the Unruh Civil Rights Act, Cal. Civ. Code § 51 *et seq.* Among the real parties in interest are Andrew Quan (QUAN), Nicolas Jones (JONES), and Elizabeth Hennessey-Severson (HENNESSEY-SEVERSON), the moving parties herein. The Complaint in this Court was based in part on the timely charges of discrimination that Mr. QUAN, Mr. JONES, and Ms. HENNESSEY-SEVERSON filed with that agency. Thereafter, the Defendant LSAC elected to transfer the proceedings to court instead of having the matter decided by the Commission. On or about March 15, 2012, the DFEH filed a complaint in the Superior Court for the State of California, County of Alameda. On or about April 12, 2012, Defendant LSAC removed the case to this Court.

/ / / /

/ / / /

Declaration in Support of Motion to Intervene
Case No. CV 12-1830-EMC                                                                                 2

1
2   I declare under penalty of the laws of the United States of America and the State of
3   California that the foregoing is true and correct, and that this declaration was executed in San
4   Francisco, California, on July 27, 2012.
5
6                             By:      /s/ Claudia Center
7                                      CLAUDIA CENTER
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration in Support of Motion to Intervene
Case No. CV 12-1830-EMC                                                                              3