**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8   DEPARTMENT OF FAIR EMPLOYMENT           No. C-12-1830 EMC
    AND HOUSING,
9
              Plaintiff,                    **ORDER RE REQUEST FOR LEAVE TO**
10                                          **FILE AMICUS CURIAE BRIEF**
        v.
11                                          **(Docket No. 39)**
    LAW SCHOOL ADMISSION COUNCIL
12  INC, *et al.*,
13            Defendants.
    _____/
14

15

16          On July 20, 2012, the Legal Aid Society - Employment Law Center ("LAS-ELC") requested

17  leave of this Court to file an *amicus curiae* brief in the above-captioned matter.  LAS-ELC's request

18  is hereby **GRANTED**.

19

20          IT IS SO ORDERED.

21

22  Dated: August 7, 2012

23                                          _____
                                            EDWARD M. CHEN
24                                          United States District Judge

25

26

27

28