| | |
|---|---|
| 1 | ROBERT E. DARBY (BAR NO. 70576) |
| 2 | JULIE CAPELL (BAR NO. 226662)<br>FULBRIGHT & JAWORSKI L.L.P. |
| 3 | 555 South Flower Street<br>Forty-First Floor |
| 4 | Los Angeles, C.A.  90071<br>Telephone:     (213) 892-9272 |
| 5 | Facsimile:      (213) 892-9494<br>jcapell@fulbright.com |
| 6 | rdarby@fulbright.com |
| 7 | ROBERT A. BURGOYNE (pro hac vice)<br>CAROLINE M. MEW (pro hac vice) |
| 8 | FULBRIGHT & JAWORSKI L.L.P.<br>801 Pennsylvania Avenue, NW |
| 9 | Washington, D.C. 20004<br>Telephone:     (202) 662-0200 |
| 10 | Facsimile:      (202) 662-4643<br>rburgoyne@fulbright.com |
| 11 | cmew@fulbright.com |
| 12 | Attorneys for Defendant<br>LAW SCHOOL ADMISSION COUNCIL, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>    Plaintiff,<br><br>  v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>    Defendants. | No. CV 12-1830-EMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT WITH PROPOSED ORDER** |
| JOHN DOE, JANE DOE, PETER ROE, RAYMOND BANKS, KEVIN COLLINS, RODNEY DECOMO-SCHMITT, ANDREW GROSSMAN, ELIZABETH HENNESSEY-SEVERSON, OTILIA IOAN, ALEX JOHNSON, NICHOLAS JONES, CAROLINE LEE, ANDREW QUAN, STEPHEN SEMOS, GAZELLE TALESHPOUR, KEVIN VIELBAUM, AUSTIN WHITNEY, and all other similarly situated individuals,<br><br>    Real Parties in Interest. | |

Pursuant to Civil Local Rules 6-1(b) and 6-2(a), defendant Law School Admission Counsel, Inc. ("LSAC") hereby requests, upon the stipulation and agreement of Plaintiff, an extension of time, through and including October 16, 2012, to answer the Complaint in this action.

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that counsel for LSAC obtained the concurrence of counsel for Plaintiff to the filing of this document.

Dated: September 25, 2012

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By /s/ Caroline M. Mew
CAROLINE M. MEW
Attorneys for Defendant Law School Admission Council, Inc.

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

By /s/ Susan Saylor
SUSAN SAYLOR
Attorneys for Plaintiff Department of Fair Employment and Housing

Pursuant to Stipulation, it is so ORDERED.

Dated: September 25, 2012.

_____
United S[tates District Judge]

IT IS SO ORDERED
Judge Edward M. Chen