THOMAS E. PEREZ, Assistant Attorney General
EVE L. HILL, Senior Counselor to the Assistant Attorney General
GREGORY B. FRIEL, Acting Chief
ROBERTA KIRKENDALL, Special Legal Counsel
KATHLEEN P. WOLFE, Special Litigation Counsel
NABINA SINHA, Trial Attorney
MEGAN E. SCHULLER, Trial Attorney, CSBN 281468
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W. - NYA
    Washington, D.C. 20530
    Telephone: (202) 307-0663
    Facsimile: (202) 305-9775
    Nabina.Sinha@usdoj.gov
MELINDA HAAG, United States Attorney, CSBN 132612
ALEX G. TSE, Chief, Civil Division, CSBN 152348
MELANIE L. PROCTOR, Assistant United States Attorney, CSBN 228971
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    Facsimile: (415) 436-6478
    Melanie.Proctor@usdoj.gov
ATTORNEYS FOR UNITED STATES, PLAINTIFF-INTERVENOR

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>    Plaintiff,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC., *ET AL.*,<br>    Defendants.<br><br>JOHN DOE *et al.*, and all other similarly situated individuals,<br>    Real Parties in Interest.<br><br>THE UNITED STATES OF AMERICA,<br>    Plaintiff-Intervenor,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br>    Defendant. | Case No. CV 12-1830-EMC<br><br>**JOINT MOTION TO RESCHEDULE CMC;** ~~PROPO~~**SED ORDER** |

The Case Management Conference is currently scheduled for December 7, 2012, at 9:00 a.m. The parties understand the Court is no longer available on December 7, 2012. Accordingly, the parties hereby jointly move the Court to reschedule the Case Management Conference to December 14, 2012, at 9:00 a.m.

DATED: October 25, 2012                    Respectfully submitted,

| | |
|---|---|
| MELINDA HAAG, CSBN 132612 | THOMAS E. PEREZ |
| United States Attorney | Assistant Attorney General |
| Northern District of California | Civil Rights Division |
| | |
| ALEX G. TSE, CSBN 152348 | EVE L. HILL |
| Assistant United States Attorney | Senior Counselor to the Assistant Attorney General |
| Chief, Civil Division | Civil Rights Division |
| | |
| | GREGORY B. FRIEL |
| | Acting Chief |
| | ROBERTA KIRKENDALL |
| | Special Legal Counsel |
| | KATHLEEN P. WOLFE |
| | Special Litigation Counsel |
| | Disability Rights Section |
| | Civil Rights Division |

/s/ *Melanie L. Proctor*                     /s/ *Nabina Sinha*
MELANIE L. PROCTOR, CSBN 228971    NABINA SINHA
Assistant United States Attorney           Trial Attorney
450 Golden Gate Avenue, Box 36055      MEGAN E. SCHULLER, CSBN 281468
San Francisco, California 94102             Trial Attorney
Telephone: (415) 436-6730                    Disability Rights Section
Facsimile: (415) 436-6478                     Civil Rights Division
Melanie.Proctor@usdoj.gov                  U.S. Department of Justice
                                                          950 Pennsylvania Avenue, N.W. - NYA
                                                          Washington, D.C. 20530
                                                          Telephone: (202) 307-0663
                                                          Facsimile: (202) 305-9775
                                                          Nabina.Sinha@usdoj.gov

Dated: October 25, 2012

DEPARTMENT OF FAIR EMPLOYMENT
AND HOUSING

/s/ Susan Saylor
SUSAN SAYLOR
Attorneys for Plaintiff Department of Fair
Employment and Housing


The LEGAL AID SOCIETY - EMPLOYMENT
LAW CENTER

/s/ Claudia Center
CLAUDIA CENTER
Attorney for Plaintiff-Intervenors ANDREW
QUAN, NICHOLAS JONES,

FULBRIGHT & JAWORSKI L.L.P.

/s/ Robert Burgoyne
ROBERT A. BURGOYNE
Attorneys for Defendant Law School Admission
Council, Inc.

## PROP̸OSED ORDER

Pursuant to the Joint Motion of the parties, the Case Management Conference is hereby
at 9:00 a.m.
rescheduled for December 14, 2012.  The Joint Case Management Statement shall be filed no later than December 7, 2012.  IT IS SO ORDERED.

Dated:        October 29, 2012

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

CASE NO. CV 12-1830-EMC
JOINT MOTION TO RESCHEDULE CMC