UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,

    Plaintiffs,

v.

LAW SCHOOL ADMISSION COUNCIL INC,

    Defendants.
_____/

No. C-12-1830 EMC

**ORDER RE PARTIES' LETTERS**

This Court received a letter from Defendant Law School Admissions Council, Inc. ("LSAC") on November 27, 2012, regarding the above-captioned case.[1]  In the letter, LSAC requests that the undersigned recuse himself from further participation in this case pursuant to 28 U.S.C. § 455, citing what it considers "facts [that] would cause an objective observer to question the Court's impartiality."  *See* LSAC Letter at 2.  The Court has since received four additional letters from the parties responding in some fashion to LSAC's initial letter.  All parties are hereby ordered to cease submitting additional letters to the Court on this matter.

    IT IS SO ORDERED.

Dated: December 6, 2012

                                                            _____
                                                            EDWARD M. CHEN
                                                            United States District Judge

---

[1] This letter was not filed electronically with the Court, but LSAC indicates that it sent copies to all counsel of record.