UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LAW SCHOOL ADMISSION COUNCIL, INC., <br><br> Defendant. <br>_____/ | No. C-12-1830 EMC <br><br> **ORDER RE PLAINTIFF'S MOTION TO SHORTEN TIME** |

Plaintiff Department of Fair Employment and Housing ("DFEH") has filed a Motion to Shorten Time to Hear Plaintiff's Motion for Leave to File a First Amended Complaint. *See* Docket No. 84. Civil Local Rule 6-3 provides Defendant Law School Admission Council ("LSAC") an opportunity to oppose DFEH's motion to shorten time. If LSAC desires to oppose Plaintiff's motion, it shall do so **no later than Thursday, January 17, 2013, at 5:00 p.m.**

IT IS SO ORDERED.

Dated: January 16, 2013

_____
EDWARD M. CHEN
United States District Judge