United States District Court
Northern District of California

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, et al.,

    Plaintiffs,

  v.

LAW SCHOOL ADMISSION COUNCIL, et al.,

    Defendants.

Case No.: 3:12-cv-1830 EMC

ORDER RE: DISCOVERY

On January 31, 2013, this matter was referred to U.S. Magistrate Judge Kandis A. Westmore for discovery purposes. The parties are hereby directed to the judge's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*.

Pursuant to the undersigned's Standing Order, formal motions to compel will not be entertained. Should discovery disputes arise, the parties are ordered to meet and confer to resolve the dispute per the Standing Order. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining discovery disputes consistent with the Order.

IT IS SO ORDERED.

DATE: February 4, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge