Case 3:12-cv-01830-JCS   Document 110   Filed 02/28/13   Page 1 of 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>　　　　Plaintiff,<br>　　v.<br>LAW SCHOOL ADMISSION COUNCIL,<br>　　　　Defendant.<br><br>JOHN DOE *et al.*, and all other similarly situated individuals,<br>　　　　Real Parties in Interest.<br><br>THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff-Intervenor,<br>　　v.<br>LAW SCHOOL ADMISSION COUNCIL,<br>　　　　Defendant<br><br>ANDREW QUAN, NICHOLAS JONES, and ELIZABETH HENNESSEY-SEVERSON,<br>　　　　Plaintiff-Intervenors,<br>　　v.<br>LAW SCHOOL ADMISSION COUNCIL,<br>　　　　Defendant. | No. C 12-1830 EMC<br><br>**JOINT MOTION TO RESCHEDULE FURTHER STATUS CONFERENCE AND MOTION HEARING; P~~ROPO~~SED ORDER[1]** |

---

[1] This motion is submitted jointly by all the parties to this action. Pursuant to Civ. LR 3-4(a), a complete list of the parties is contained on the signature page of this document.

The Status Conference is currently scheduled for March 28, 2013, at 1:30 p.m. Two motions, the Legal Aid Society's Motion to Amend (Dkt. No. 81) and the DFEH Motion to Proceed for Group or Class Relief (Dkt. No. 106), are also scheduled to be heard on that date and time. Counsel for the United States is unavailable on March 28, 2013. In addition, in light of available flight itineraries, it would be more convenient for those traveling from the East Coast if the matters could be heard on the morning calendar. Accordingly, the parties hereby jointly move the Court to reschedule the Status Conference and the motion hearing to April 4, 2013, at 10:30 a.m. In accordance with Civ. L.R. 7-3, the briefing schedule will not change. Defendant's opposition to DFEH's Motion shall remain due on March 7, 2013, and any reply shall be due March 14, 2013.

DATED: February 27, 2013                Respectfully submitted,

MELINDA HAAG, CSBN 132612               THOMAS E. PEREZ
United States Attorney                  Assistant Attorney General
Northern District of California         Civil Rights Division

ALEX G. TSE, CSBN 152348                EVE L. HILL
Assistant United States Attorney        Senior Counselor to the Assistant Attorney General
Chief, Civil Division                   Civil Rights Division

                                        GREGORY B. FRIEL
                                        Acting Chief
                                        ROBERTA KIRKENDALL
                                        Special Legal Counsel
                                        KATHLEEN P. WOLFE
                                        Special Litigation Counsel
                                        Disability Rights Section
                                        Civil Rights Division

CASE NO. CV 12-1830-EMC

JOINT MOTION TO RESCHEDULE STATUS CONFERENCE AND MOTION HEARING

| /s/ *Melanie L. Proctor* [2] | /s/ *Nabina Sinha* |
|---|---|
| MELANIE L. PROCTOR, CSBN 228971 | NABINA SINHA |
| Assistant United States Attorney | Trial Attorney |
| 450 Golden Gate Avenue, Box 36055 | MEGAN E. SCHULLER, CSBN 281468 |
| San Francisco, California 94102 | Trial Attorney |
| Telephone: (415) 436-6730 | Disability Rights Section |
| Facsimile: (415) 436-6478 | Civil Rights Division |
| Melanie.Proctor@usdoj.gov | U.S. Department of Justice |
|  | 950 Pennsylvania Avenue, N.W. - NYA |
|  | Washington, D.C. 20530 |
|  | Telephone: (202) 307-0663 |
|  | Facsimile: (202) 305-9775 |
|  | Nabina.Sinha@usdoj.gov |

Dated: February 27, 2013

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

/s/ R. Sybil Villanueva
R. SYBIL VILLANUEVA
Attorneys for Plaintiff Department of Fair Employment and Housing

The LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER

/s/ Claudia Center
CLAUDIA CENTER
Attorney for Plaintiff-Intervenors ANDREW QUAN, NICHOLAS JONES,

FULBRIGHT & JAWORSKI L.L.P.

/s/ Robert Burgoyne
ROBERT A. BURGOYNE
Attorneys for Defendant Law School Admission Council, Inc.

---

[2] I, Melanie L. Proctor, hereby attest that I gained the concurrence of all signatories whose signatures are represented by /s/ in the filing of this document.

CASE NO. CV 12-1830-EMC

JOINT MOTION TO RESCHEDULE STATUS CONFERENCE AND MOTION HEARING

**P~~RO~~POSED ORDER**

Pursuant to the Joint Motion of the parties, the Status Conference and Motion Hearings (Dkt. Nos. 81 and 106) are hereby rescheduled to April 4, 2013, at ~~10:30 a~~.m. [1:30 p.m.]  The case management statement shall be filed no later than March 28, 2013.  IT IS SO ORDERED.

Dated: 2/28/13



EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

CASE NO. CV 12-1830-EMC

JOINT MOTION TO RESCHEDULE STATUS CONFERENCE AND MOTION HEARING