UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, *et. al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>        Defendant.<br>_____/ | No. C-12-1830 EMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**<br><br>**(Docket No. 118)** |

    Plaintiff Department of Fair Employment and Housing has filed a Motion for Leave to File a Second Amended Complaint. Motion (Docket No. 118). Defendant Law School Admission Council, Inc., does not oppose Plaintiff's motion, and the parties have filed a joint stipulation documenting Defendant's consent to filing the amended complaint. Stipulation (Docket No. 124). Fed. R. Civ. P. 15(a)(2) permits a party to amend a pleading before trial without leave of court when it has obtained the written consent of the opposing party.

///
///
///
///
///
///
///
///

The parties' joint stipulation meets the requirements of this rule. Therefore, Plaintiff's Second Amended Complaint is deemed filed. Plaintiff is ordered to electronically file a copy of the amended pleading. The hearing on Plaintiff's motion set for April 18, 2013, at 1:30 p.m. is hereby **VACATED**.

This order disposes of Docket No. 118.

IT IS SO ORDERED.

Dated: March 27, 2013

_____
EDWARD M. CHEN
United States District Judge

2