UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LAW SCHOOL ADMISSION COUNCIL, INC., <br><br> Defendant. _____/ | No. C-12-1830 EMC <br><br> **ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> **(Docket No. 151)** |

Defendant Law School Admission Council ("LSAC") has filed a motion for relief from a discovery order issued by Judge Westmore. *See* Docket No. 148 (order). The Court hereby orders Plaintiff Department of Fair Employment and Housing ("DFEH") to file a response to the motion by July 8, 2013. *See* Civ. L.R. 72-2. At this juncture, there shall be no reply brief or a hearing on the motion for relief.

IT IS SO ORDERED.

Dated: July 1, 2013

_____
EDWARD M. CHEN
United States District Judge