UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LAW SCHOOL ADMISSION COUNCIL, INC., <br><br> Defendant. <br> _____/ | No. C-12-1830 EMC <br><br> **ORDER RE SUPPLEMENTAL BRIEFING FOR DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> **(Docket No. 151)** |

Defendant Law School Admission Council ("LSAC") has filed a motion for relief from a discovery order issued by Judge Westmore. *See* Docket No. 148 (order). As ordered by the Court, Plaintiff Department of Fair Employment and Housing ("DFEH") has filed a response, which includes a declaration from Alexandra Seldin. *See* Docket No. 153-7 (Seldin declaration). Because LSAC has not had an opportunity to comment on the declaration, the Court shall permit LSAC to file a supplemental (*i.e.*, reply) brief to address that specific evidence. The supplemental brief shall be filed by July 17, 2013.

IT IS SO ORDERED.

Dated: July 12, 2013

_____
EDWARD M. CHEN
United States District Judge