**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>    Plaintiff,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br>    Defendant.<br><br>JOHN DOE *et al.*, and all other similarly situated individuals,<br>    Real Parties in Interest.<br><br>THE UNITED STATES OF AMERICA,<br>    Plaintiff-Intervenor,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br>    Defendant.<br><br>ANDREW QUAN, NICHOLAS JONES, and ELIZABETH HENNESSEY-SEVERSON,<br>    Plaintiff-Intervenors,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br>    Defendant. | No. CV 12-1830-EMC<br><br>**JOINT MOTION TO CHANGE STATUS CONFERENCE**[1] |

---

[1] This joint motion is submitted jointly by all the parties to this action. Pursuant to Civ. LR 3-4(a), a complete list of the parties is contained on the signature page of this document.

1  This action is currently scheduled for a status conference on January 23, 2014, at 10:30 a.m.  However, a further settlement conference is scheduled for Monday, January 27, 2014, with Magistrate Judge Joseph C. Spero.  Accordingly, the parties respectfully request continuing the date of the status conference to January 28, 2014, at 2:15 p.m.

DATED:  November 15, 2014	Respectfully submitted,

| MELINDA HAAG | JOCELYN SAMUELS |
|---|---|
| United States Attorney | Acting Assistant Attorney General |
| Northern District of California | Civil Rights Division |
| | |
| ALEX G. TSE | EVE L. HILL |
| Assistant United States Attorney | Deputy Assistant Attorney General |
| Chief, Civil Division | Civil Rights Division |
| | |
| | GREGORY B. FRIEL |
| | Acting Chief |
| | ROBERTA KIRKENDALL |
| | Special Legal Counsel |
| | KATHLEEN P. WOLFE |
| | Special Litigation Counsel |
| | Disability Rights Section |
| | Civil Rights Division |
| | |
| /s/ Melanie L. Proctor | /s/ Nabina Sinha |
| MELANIE L. PROCTOR[2] | NABINA SINHA |
| Assistant United States Attorney | Trial Attorney |
| 450 Golden Gate Avenue, Box 36055 | MEGAN E. SCHULLER, CSBN 281468 |
| San Francisco, California 94102 | Trial Attorney |
| Telephone: (415) 436-6730 | Disability Rights Section |
| Facsimile: (415) 436-6478 | Civil Rights Division |
| Melanie.Proctor@usdoj.gov | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, N.W. - NYA |
| | Washington, D.C. 20530 |
| | Telephone: (202) 307-0663 |
| | Facsimile: (202) 305-9775 |
| | Nabina.Sinha@usdoj.gov |
| | |
| | Attorneys for the United States |

---

[2] I, Melanie L. Proctor, hereby attest that I gained the concurrence of all signatories whose signatures are represented by /s/ in the filing of this document.

- 1 -

DEPARTMENT OF FAIR EMPLOYMENT
AND HOUSING
/s/ Mari Mayeda
MARI MAYEDA
Attorney for Plaintiff Department of Fair
Employment and Housing

The LEGAL AID SOCIETY - EMPLOYMENT
LAW CENTER
/s/ Claudia Center
CLAUDIA CENTER
Attorney for Plaintiff-Intervenors ANDREW
QUAN, NICHOLAS JONES, and ELIZABETH
HENNESSY-SEVERSON

NORTON ROSE FULBRIGHT
/s/ Robert Burgoyne
ROBERT A. BURGOYNE
Attorneys for Defendant Law School Admission
Council, Inc.

## [ALTERNATIVE PROPOSED] ORDER

Pursuant to the joint motion of the parties, IT IS SO ORDERED. The status conference currently scheduled for January 23, 2014 at 10:30 a.m. is hereby CONTINUED to ~~January 28, 2014, at 2:15 p.m.~~ February 6, 2014 at 10:30 a.m. The parties shall file a joint status report no later than January ~~21~~ 30, 2014.

Dated: 11/19/13

_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen