UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>　　　　　Plaintiff.<br><br>　　v.<br><br>LAW SCHOOL ADMISSION COUNCIL INC,<br><br>　　　　　Defendant. | Case No. 12-cv-01830-EMC  (JCS)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　You are hereby notified that a Further Settlement Conference is scheduled for **March 24, 2014, at 9:30 a.m.**, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Updated confidential settlement conference statements shall be lodged with the Court by **March 17, 2014.**  Each party shall also submit their updated statements in .pdf format and email their statement to **JCSPO@cand.uscourts.gov**, along with a .pdf of any previous settlement conference statement(s).

　　Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

　　The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

　　IT IS SO ORDERED.

Dated:  February 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge