UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 12-cv-01830-EMC (JCS)

**Case Name:** Department of Fair Employment and Housing v. Law School Admission Council Inc

**Date:** April 8, 2014      **Time:** 2 H 30 M

**Deputy Clerk:** Karen Hom      **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Melanie L. Proctor, Nabina J. Sinha, Megan Schuller, Jinny Kim for Intervenor Plaintiff.
**Attorney for Defendant:** Caroline Mew & Bob Burgoyne (T)*

## PROCEEDINGS

( )   Settlement Conference      (X)   Further Settlement Conference - Held

     ( ) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

( )   Telephonic Scheduling Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:**

**cc:**

*Telephonic Appearance