**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>    Plaintiff,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br>    Defendant.<br><br>THE UNITED STATES OF AMERICA,<br>    Plaintiff-Intervenor,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br>    Defendant.<br><br>ANDREW QUAN, NICHOLAS JONES, and ELIZABETH HENNESSEY-SEVERSON,<br>    Plaintiff-Intervenors,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br>    Defendant. | No. CV 12-1830-EMC<br><br>**JOINT MOTION FOR ENTRY OF CONSENT DECREE, INCLUDING PERMANENT INJUNCTION**[1] |

---

[1] This Joint Motion for Entry of Consent Decree, Including Permanent Injunction, is submitted jointly by all the parties to this action. Pursuant to Civ. LR 3-4(a), a complete list of the parties is contained on the signature page of this document.

Plaintiff Department of Fair Employment and Housing, Plaintiff-Intervenor the United States of America, Plaintiff-Intervenors Andrew Quan, Nicholas Jones, Elizabeth Hennessey-Severson, and Defendant Law School Admission Council, Inc. ("LSAC") (collectively "the Parties"), have resolved all issues in this litigation by Consent Decree, attached as Exhibit A, and memorialized by signatures at pages 41-44. In light of the agreement, the Parties respectfully request consideration and approval of the attached Consent Decree, entry of the Proposed Order and Permanent Injunction (included at the end of the Consent Decree at page 45), and upon entry, dismissal of this case with prejudice. A proposed Order is attached.

DATED: May 20, 2014                Respectfully submitted,

**FOR THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING:**

**FOR THE UNITED STATES OF AMERICA:**

PHYLLIS W. CHENG
Director

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division

JON ICHINAGA
Chief Counsel

EVE L. HILL
Deputy Assistant Attorney General
Civil Rights Division

REBECCA B. BOND
Chief
ROBERTA KIRKENDALL
Special Legal Counsel
KATHLEEN P. WOLFE
Special Litigation Counsel
Disability Rights Section
Civil Rights Division

/s/ Mari Mayeda
MARI MAYEDA
PHOEBE LIU
JULIA MONTGOMERY
JONI CARRASCO
SAMI HASAN
IRINA TRASOVAN
Attorneys

/s/ Nabina Sinha
NABINA SINHA
MEGAN E. SCHULLER
Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. – NYA
Washington, DC 20530

| | |
|---|---|
| Department of Fair<br>  Employment and Housing<br>2218 Kausen Drive, Suite 100<br>Elk Grove, CA 95758 | Telephone: (202) 307-0663<br>Facsimile: (202) 305-9775<br>Nabina.Sinha@usdoj.gov |
| | **FOR THE UNITED STATES<br>OF AMERICA, CONTINUED:**<br><br>MELINDA HAAG<br>United States Attorney<br>Northern District of California<br><br>ALEX G. TSE<br>Assistant United States Attorney<br>Chief, Civil Division<br><br>/s/ Melanie L. Proctor<br>MELANIE L. PROCTOR[2]<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>  Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: (415) 436-6730<br>Facsimile: (415) 436-6748<br>Melanie.Proctor@usdoj.gov |
| **FOR THE LAW SCHOOL<br>ADMISSION COUNCIL, INC.:**<br><br>/s/ Robert Burgoyne<br>ROBERT A. BURGOYNE<br>CAROLINE MEW<br>Fulbright & Jaworski LLP<br>801 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | **FOR ANDREW QUAN, NICHOLAS<br>JONES, AND ELIZABETH<br>HENNESSEY-SEVERSON:**<br><br>/s/ Jinny Kim<br>JINNY KIM<br>The Legal Aid Society – Employment Law Center<br>180 Montgomery Street, Suite 600<br>San Francisco, CA 94104 |

---

[2] I, Melanie L. Proctor, hereby attest that I gained the concurrence of all signatories whose signatures are represented by /s/ in the filing of this document.

- 2 -

1
2
**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE, INCLUDING PERMANENT INJUNCTION**

3
4
5
6
The Court has before it the Joint Motion for Entry of Consent Decree, Including Permanent Injunction. Upon consideration of the terms of the Consent Decree, and in light of the agreement of the parties, it is this ___ day of _____ 2014 hereby ORDERED that:

7
The Joint Motion for Entry of Consent Decree is GRANTED;

8
The clerk shall enter the Order and Permanent Injunction as a separate docket entry;

9
The clerk shall enter the signed Consent Decree as a separate docket entry;

10
The court shall retain jurisdiction over the Consent Decree; and

11
12
Accordingly, this case shall be dismissed with prejudice.

13
14
15
_____
EDWARD M. CHEN
United States District Judge

16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -