**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>    Plaintiff,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br>    Defendant.<br><br>THE UNITED STATES OF AMERICA,<br>    Plaintiff-Intervenor,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br>    Defendant.<br><br>ANDREW QUAN, NICHOLAS JONES, and ELIZABETH HENNESSEY-SEVERSON,<br>    Plaintiff-Intervenors,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br>    Defendant. | No. CV 12-1830-EMC<br><br>**AMENDED EXHIBITS 2(a) and 2(b) TO THE CONSENT DECREE, INCLUDING PERMANENT INJUNCTION**[1] |

---

[1] These amended exhibits are submitted jointly by all the parties to this action. Pursuant to Civ. LR 3-4(a), a complete list of the parties is contained on the signature page of this document.

CASE NO. CV 12-1830-EMC
AMENDED EXHIBITS 2(a) and 2(b) TO CONSENT DECREE, INCLUDING PERMANENT INJUNCTION

Plaintiff Department of Fair Employment and Housing, Plaintiff-Intervenor the United States of America, Plaintiff-Intervenors Andrew Quan, Nicholas Jones, Elizabeth Hennessey-Severson, and Defendant Law School Admission Council, Inc. ("LSAC") (collectively "the Parties"), hereby respectfully submit the attached amended Exhibits 2(a) and 2(b) to the Consent Decree, including permanent injunction, as requested by the Court on May 21, 2014.  The parties agree that these exhibits replace the Exhibits 2(a) and 2(b) which were filed on May 20, 2014, at ECF 198.

DATED:  May 23, 2014                            Respectfully submitted,

**FOR THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING:**

PHYLLIS W. CHENG
Director

JON ICHINAGA
Chief Counsel

/s/ Mari Mayeda
MARI MAYEDA
PHOEBE LIU
JULIA MONTGOMERY
JONI CARRASCO
SAMI HASAN
IRINA TRASOVAN
Attorneys
Department of Fair
   Employment and Housing
2218 Kausen Drive, Suite 100

**FOR THE UNITED STATES OF AMERICA:**

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division

EVE L. HILL
Deputy Assistant Attorney General
Civil Rights Division

REBECCA B. BOND
Chief
ROBERTA KIRKENDALL
Special Legal Counsel
KATHLEEN P. WOLFE
Special Litigation Counsel
Disability Rights Section
Civil Rights Division

/s/ Nabina Sinha
NABINA SINHA
MEGAN E. SCHULLER
Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. – NYA
Washington, DC 20530
Telephone: (202) 307-0663
Facsimile: (202) 305-9775

- 1 -

| | |
|---|---|
| Elk Grove, CA 95758 | Nabina.Sinha@usdoj.gov |
| | |
| | **FOR THE UNITED STATES OF AMERICA, CONTINUED:** |
| | |
| | MELINDA HAAG |
| | United States Attorney |
| | Northern District of California |
| | |
| | ALEX G. TSE |
| | Assistant United States Attorney |
| | Chief, Civil Division |
| | |
| | /s/ Melanie L. Proctor |
| | MELANIE L. PROCTOR[2] |
| | Assistant U.S. Attorney |
| | United States Attorney's Office |
| |    Northern District of California |
| | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| | Telephone: (415) 436-6730 |
| | Facsimile: (415) 436-6748 |
| | Melanie.Proctor@usdoj.gov |
| | |
| **FOR THE LAW SCHOOL ADMISSION COUNCIL, INC.:** | **FOR ANDREW QUAN, NICHOLAS JONES, AND ELIZABETH HENNESSEY-SEVERSON:** |
| | |
| /s/ Robert Burgoyne | |
| ROBERT A. BURGOYNE | /s/ Jinny Kim |
| CAROLINE MEW | JINNY KIM |
| Fulbright & Jaworski LLP | The Legal Aid Society – Employment Law Center |
| 801 Pennsylvania Avenue, N.W. | 180 Montgomery Street, Suite 600 |
| Washington, DC 20004 | San Francisco, CA 94104 |

---

[2] I, Melanie L. Proctor, hereby attest that I gained the concurrence of all signatories whose signatures are represented by /s/ in the filing of this document.

- 2 -