**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES ORDER**

**Date:** October 6, 2014

**Case No. and Name:** C12-1830 EMC Dept. Of Fair Employment v. Law School Admission

**ORDER:**

- On September 29, 2014, the Court received certain documents via e-mail from Roger Pudlin, who purports to be a member of the settlement class. These documents, with the exception of Mr. Pudlin's cover letter, have now been filed under seal at Docket No. 204. The Court provided notice of its receipt of these materials to the United States Attorney's Office, Civil Division (Melanie Proctor) on September 29.