1 ROBERT E. DARBY (BAR NO. 70576)
NORTON ROSE FULBRIGHT US LLP
2 555 South Flower Street, 41st Floor
Los Angeles, CA  90071
3 Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
4 robert.darby@nortonrosefulbright.com

5 ROBERT A. BURGOYNE (pro hac vice)
CAROLINE M. MEW (pro hac vice)
6 NORTON ROSE FULBRIGHT US LLP
801 Pennsylvania Avenue, NW
7 Washington, DC  20004
Telephone:     (202) 662-0200
8 Facsimile:      (202) 662-4643
robert.burgoyne@nortonrosefulbright.com
9 caroline.mew@nortonrosefulbright.com

10 Attorneys for Defendant
LAW SCHOOL ADMISSION COUNCIL, INC.
11

12 **IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**
13

14 THE DEPARTMENT OF FAIR EMPLOYMENT
AND HOUSING,
15          Plaintiff,

16          v.                                          No. CV 12-1830-EMC

17 LAW SCHOOL ADMISSION COUNCIL, INC.,
         Defendant.
18
THE UNITED STATES OF AMERICA,
19          Plaintiff-Intervenor,                      **LSAC RESPONSE TO PLAINTIFFS'
                                                        NOTICE OF ISSUANCE**
20          v.

21 LAW SCHOOL ADMISSION COUNCIL, INC.,
         Defendant.
22

23          On February 3, 2015, plaintiffs Department of Fair Employment and Housing and the

24 United States filed a Notice informing the Court that the Best Practices Panel had issued its final

25 report, and included with their Notice a copy of the Final Report of the "Best Practices" Panel

26 ("Final Report").   The plaintiffs did not file a copy of the Best Practices Minority Report

27 ("Minority Report") or the Final Ex Parte Log of "Best Practices" Panel ("Ex Parte Log"),

28 documents which are identified as attachments to the Final Report.  *See* D.E. 209-1 at p. 1, n.1

1  and p. 2.

2        It is not clear why plaintiffs filed a Notice and a copy of the Final Report with the Court,

3  insofar as the case is closed and the Consent Decree does not provide for the filing of the Panel's

4  report with the Court.  Nevertheless, if the Panel's Final Report is to be made a part of the record,

5  then the Panel's complete report should be on file.  Accordingly, the complete Final Report,

6  including the Minority Report and the Ex Parte Log, are being filed herewith.

7  Dated: February 4, 2015                          Respectfully submitted,

8                                                   NORTON ROSE FULBRIGHT US LLP

9

10

11                                                  By    /s/  Robert A. Burgoyne

12                                                  Attorneys for Defendant Law School
                                                    Admission Council, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28