**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>    Plaintiff,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br>    Defendant.<br><br>THE UNITED STATES OF AMERICA,<br>    Plaintiff-Intervenor,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br>    Defendant. | No. CV 12-1830-EMC<br><br>**STIPULATION TO BRIEFING SCHEDULE; PROPOSED ORDER**[1] |

---

[1] This Stipulation is submitted jointly by all the parties to this action. Pursuant to Civ. L.R. 3-4(a), a complete list of the parties is contained on the signature page of this document.

Pursuant to Civ. L.R. 6-2, Plaintiff Department of Fair Employment and Housing ("DFEH"), Plaintiff-Intervenor the United States of America ("United States"), and Defendant Law School Admission Council, Inc. ("LSAC") (collectively "the Parties"), hereby stipulate to the following briefing schedule for LSAC's appeal of certain Best Practices recommended in the Final Report of the Best Practices Panel:

| | |
|---|---|
| LSAC's Appeal: | March 26, 2015 |
| Plaintiffs' Opposition: | April 27, 2015 |
| LSAC's Reply: | May 11, 2015 |
| Hearing: | June 4, 2015, at 1:30 p.m. |

A proposed Order is attached.

DATED:  March 18, 2015                     Respectfully submitted,

MELINDA HAAG                               VANITA GUPTA
United States Attorney                     Acting Assistant Attorney General
Northern District of California            Civil Rights Division

ALEX G. TSE                                EVE L. HILL
Assistant United States Attorney           Deputy Assistant Attorney General
Chief, Civil Division                      Civil Rights Division

                                           REBECCA B. BOND
                                           Chief
                                           ROBERTA KIRKENDALL
                                           Special Legal Counsel
                                           KATHLEEN P. WOLFE
                                           Special Litigation Counsel
                                           Disability Rights Section
                                           Civil Rights Division

/s/ Melanie L. Proctor[2]                  /s/ Nabina Sinha
MELANIE  L. PROCTOR, CSBN 228971           NABINA SINHA
Assistant United States Attorney           Trial Attorney
450 Golden Gate Avenue, Box 36055          MEGAN E. SCHULLER
San Francisco, California 94102            Trial Attorney

---

[2] I, Melanie L. Proctor, hereby attest that I obtained the concurrence of all signatories whose signatures are represented by a conformed /s/ in the filing of this document.

| | |
|---|---|
| Telephone: (415) 436-6730 | Disability Rights Section |
| Facsimile: (415) 436-6478 | Civil Rights Division |
| Melanie.Proctor@usdoj.gov | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, N.W. - NYA |
| | Washington, D.C. 20530 |
| | Telephone: (202) 307-0663 |
| | Facsimile: (202) 305-9775 |
| | Nabina.Sinha@usdoj.gov |

Attorneys for the United States

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
/s/ Mari Mayeda
MARI MAYEDA
JONI CARRASCO
IRINA TRASOVAN
Attorneys for Plaintiff Department of Fair Employment and Housing

NORTON ROSE FULBRIGHT US LLP
/s/ Robert Burgoyne
ROBERT A. BURGOYNE
CAROLINE M. MEW
Attorneys for Defendant Law School Admission Council, Inc.

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

_____
EDWARD M. CHEN
United States District Judge