1

2

3

4

5

6

7    **IN THE UNITED STATES DISTRICT COURT**
     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8    **SAN FRANCISCO DIVISION**

9    THE DEPARTMENT OF FAIR EMPLOYMENT      )
10   AND HOUSING,                            )
             Plaintiff,                      )
11                                           )
             v.                              )   No. CV 12-1830-EMC
12                                           )
     LAW SCHOOL ADMISSION COUNCIL, INC.,     )
13           Defendant.                      )
     _____ )
14                                           )
     THE UNITED STATES OF AMERICA,           )   **STIPULATION TO**
15           Plaintiff-Intervenor,           )   **BRIEFING SCHEDULE;**
                                             )   **~~PROPOS~~ED**
16           v.                              )   **ORDER**[1]
                                             )
17   LAW SCHOOL ADMISSION COUNCIL, INC.      )
18           Defendant.                      )
     _____ )

19

20

21

22

23

24

25

26   _____
     [1] This Stipulation is submitted jointly by all the parties to this action.  Pursuant to Civ. L.R. 3-
27   4(a), a complete list of the parties is contained on the signature page of this document.

28

1    Pursuant to Civ. L.R. 6-2, Plaintiff Department of Fair Employment and Housing

2  ("DFEH"), Plaintiff-Intervenor the United States of America ("United States"), and Defendant

3  Law School Admission Council, Inc. ("LSAC") (collectively "the Parties"), hereby stipulate to

4  the following briefing schedule for LSAC's appeal of certain Best Practices recommended in the

5  Final Report of the Best Practices Panel:

6
            LSAC's Appeal:                 March 26, 2015
7

8           Plaintiffs' Opposition:        April 27, 2015

9           LSAC's Reply:                  May 11, 2015

10          Hearing:                       June 4, 2015, at 1:30 p.m.

11          A proposed Order is attached.

12  DATED:  March 18, 2015               Respectfully submitted,

13
    MELINDA HAAG                         VANITA GUPTA
14  United States Attorney               Acting Assistant Attorney General
    Northern District of California      Civil Rights Division
15

16  ALEX G. TSE                          EVE L. HILL
    Assistant United States Attorney     Deputy Assistant Attorney General
17  Chief, Civil Division                Civil Rights Division

18                                       REBECCA B. BOND
                                         Chief
19                                       ROBERTA KIRKENDALL
                                         Special Legal Counsel
20                                       KATHLEEN P. WOLFE
                                         Special Litigation Counsel
21                                       Disability Rights Section
                                         Civil Rights Division
22

23

24  /s/ Melanie L. Proctor[2]            /s/ Nabina Sinha
    MELANIE  L. PROCTOR, CSBN 228971     NABINA SINHA
25  Assistant United States Attorney     Trial Attorney
    450 Golden Gate Avenue, Box 36055    MEGAN E. SCHULLER
26  San Francisco, California 94102       Trial Attorney

27  _____
    [2] I, Melanie L. Proctor, hereby attest that I obtained the concurrence of all signatories whose
28  signatures are represented by a conformed /s/ in the filing of this document.

Telephone: (415) 436-6730
Facsimile: (415) 436-6478
Melanie.Proctor@usdoj.gov

Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. - NYA
Washington, D.C. 20530
Telephone: (202) 307-0663
Facsimile: (202) 305-9775
Nabina.Sinha@usdoj.gov

Attorneys for the United States

DEPARTMENT OF FAIR EMPLOYMENT
AND HOUSING
/s/ Mari Mayeda
MARI MAYEDA
JONI CARRASCO
IRINA TRASOVAN
Attorneys for Plaintiff Department of Fair
Employment and Housing

NORTON ROSE FULBRIGHT US LLP
/s/ Robert Burgoyne
ROBERT A. BURGOYNE
CAROLINE M. MEW
Attorneys for Defendant Law School Admission
Council, Inc.

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen