1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

8  THE DEPARTMENT OF FAIR EMPLOYMENT   )
9  AND HOUSING,                         )
            Plaintiff,                  )
10                                      )
       v.                               ) No. CV 12-1830-EMC
11                                      )
   LAW SCHOOL ADMISSION COUNCIL, INC.,  )
12         Defendant.                   )
                                        )
13 THE UNITED STATES OF AMERICA,        )  **STIPULATION TO MODIFY**
14         Plaintiff-Intervenor,        )  **CONSENT DECREE TO EXTEND**
                                        )  **CLAIMS PERIOD**[1]
15     v.                               )
                                        )
16 LAW SCHOOL ADMISSION COUNCIL, INC.   )
           Defendant.                   )
17

18
19
20
21
22
23
24
25
26
27

---

[1] This Stipulation is submitted jointly by all the parties to this action.  Pursuant to Civ. L.R. 3-4(a), a complete list of the parties is contained on the signature page of this document.

28

CASE NO. CV 12-1830-EMC
STIPULATION TO MODIFY CONSENT DECREE TO EXTEND CLAIMS PERIOD

In order to provide all potentially eligible individuals additional time to submit claims for compensation from the Compensation Fund, without unduly delaying distributions from the Fund, Plaintiff California Department of Fair Employment and Housing, Plaintiff-Intervenor the United States of America, and Defendant Law School Admission Council, Inc. (collectively "the Parties") hereby request and stipulate that the Claims Period set forth in paragraph 11(b)(x) of the Consent Decree (ECF 203) be modified and extended by twenty-eight (28) days, up through and including April 15, 2015.

A proposed Order is attached.

DATED:  March 19, 2015            Respectfully submitted,


| | |
|---|---|
| MELINDA HAAG | VANITA GUPTA |
| United States Attorney | Acting Assistant Attorney General |
| Northern District of California | Civil Rights Division |
| | |
| ALEX G. TSE | EVE L. HILL |
| Assistant United States Attorney | Deputy Assistant Attorney General |
| Chief, Civil Division | Civil Rights Division |
| | |
| | REBECCA B. BOND |
| | Chief |
| | ROBERTA KIRKENDALL |
| | Special Legal Counsel |
| | KATHLEEN P. WOLFE |
| | Special Litigation Counsel |
| | Disability Rights Section |
| | Civil Rights Division |
| | |
| /s/ Melanie L. Proctor | /s/ Nabina Sinha |
| MELANIE L. PROCTOR | NABINA SINHA |
| Assistant United States Attorney | Trial Attorney |
| 450 Golden Gate Avenue, Box 36055 | MEGAN E. SCHULLER, CSBN 281468 |
| San Francisco, California 94102 | Trial Attorney |
| Telephone: (415) 436-6730 | Disability Rights Section |
| Facsimile: (415) 436-6478 | Civil Rights Division |
| Melanie.Proctor@usdoj.gov | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, N.W. - NYA |
| | Washington, D.C. 20530 |

Telephone: (202) 307-0663
Facsimile: (202) 305-9775
Nabina.Sinha@usdoj.gov

Attorneys for the United States

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

JON M. ICHINAGA
Chief Counsel

/s/ Mari Mayeda
MARI MAYEDA, CSBN 110947
Associate Chief Counsel
JONI CARRASCO, CSBN 287679
Staff Counsel
IRINA TRASOVAN, CSBN 290372
Staff Counsel
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758
Telephone: (916) 478-7251
Facsimile: (888) 382-5293
Mari.Mayeda@dfeh.ca.gov

Attorneys for Plaintiff Department of Fair Employment and Housing

NORTON ROSE FULBRIGHT US L.L.P.
/s/ Robert Burgoyne
ROBERT A. BURGOYNE
CAROLINE M. MEW
Attorneys for Defendant Law School Admission Council, Inc.

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

_____
EDW... dge

IT IS SO ORDERED
Judge Edward M. Chen

- 2 -