UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LAW SCHOOL ADMISSION COUNCIL, INC., <br><br> Defendant. <br>_____/ | No. C-12-1830 EMC <br><br> **ORDER REGARDING RESPONSIVE BRIEFS TO AMICUS CURIAE LETTER** |

On April 27, 2015, this Court received a letter submitted by "17 experts in disability diagnosis and testing accommodations" (the Amicus Letter) concerning the recommendations of the "Best Practices" panel. The Amicus Letter has now been filed. The parties may file appropriate responsive briefs addressing the Amicus Letter by Friday, May 15, 2015. Any brief submitted may not exceed fifteen (15) pages in length, exclusive of exhibits or declarations, if any.

IT IS SO ORDERED.

Dated: April 29, 2015

_____
EDWARD M. CHEN
United States District Judge