IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br>　　　Plaintiff,<br><br>　　　v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br>　　　Defendant.<br><br>THE UNITED STATES OF AMERICA,<br>　　　Plaintiff-Intervenor,<br><br>　　　v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.<br>　　　Defendant. | No. CV 12-1830-EMC<br><br>**STIPULATION TO HEARING DATE; ~~PROPOSED~~ ORDER**[1] |

---

[1] This Stipulation is submitted jointly by all the parties to this action. Pursuant to Civ. L.R. 3-4(a), a complete list of the parties is contained on the signature page of this document.

CASE NO. CV 12-1830-EMC
STIPULATION TO HEARING DATE

This action was scheduled for a hearing on June 4, 2015 at 1:30 p.m. However, the Court reset the hearing to June 11, 2015. Unfortunately, counsel for the parties are unavailable on that date. Accordingly, the parties respectfully request the Court to reschedule the hearing to June 23, 2015, at 1:00 p.m.

DATED:  May 26, 2015                    Respectfully submitted,

| | |
|---|---|
| MELINDA HAAG | VANITA GUPTA |
| United States Attorney | Principal Deputy Assistant Attorney General |
| Northern District of California | Civil Rights Division |
| | |
| ALEX G. TSE | EVE L. HILL |
| Assistant United States Attorney | Deputy Assistant Attorney General |
| Chief, Civil Division | Civil Rights Division |
| | |
| | REBECCA B. BOND |
| | Chief |
| | ROBERTA KIRKENDALL |
| | Special Legal Counsel |
| | KATHLEEN P. WOLFE |
| | Special Litigation Counsel |
| | Disability Rights Section |
| | Civil Rights Division |
| | |
| /s/ Melanie L. Proctor[2] | /s/ Nabina Sinha |
| MELANIE  L. PROCTOR, CSBN 228971 | NABINA SINHA |
| Assistant United States Attorney | Trial Attorney |
| 450 Golden Gate Avenue, Box 36055 | MEGAN E. SCHULLER |
| San Francisco, California 94102 | Trial Attorney |
| Telephone: (415) 436-6730 | Disability Rights Section |
| Facsimile: (415) 436-6478 | Civil Rights Division |
| Melanie.Proctor@usdoj.gov | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, N.W. - NYA |
| | Washington, D.C. 20530 |
| | Telephone: (202) 307-0663 |
| | Facsimile: (202) 305-9775 |
| | Nabina.Sinha@usdoj.gov |
| | |
| | Attorneys for the United States |

---

[2] I, Melanie L. Proctor, hereby attest that I obtained the concurrence of all signatories whose signatures are represented by a conformed /s/ in the filing of this document.

- 1 -

| | |
|---|---|
| 1 | DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING |
| 2 | /s/ Mari Mayeda |
| 3 | MARI MAYEDA |
|   | JONI CARRASCO |
| 4 | IRINA TRASOVAN |
|   | Attorneys for Plaintiff Department of Fair |
| 5 | Employment and Housing |

NORTON ROSE FULBRIGHT US LLP
/s/ Robert Burgoyne
ROBERT A. BURGOYNE
CAROLINE M. MEW
Attorneys for Defendant Law School Admission Council, Inc.

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The hearing on the Law School Admission Council's appeal is hereby rescheduled to June 23, 2015, at 1:00 p.m.

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

- 2 -