1

2

3

4

5                                    UNITED STATES DISTRICT COURT

6                                    NORTHERN DISTRICT OF CALIFORNIA

7

8    DEPARTMENT OF FAIR EMPLOYMENT             No. C-12-1830 EMC
     AND HOUSING, *et. al.*,
9
                       Plaintiffs,            **ORDER REGARDING RESPONSIVE**
10                                            **BRIEFS TO AMICUS CURIAE LETTER**
            v.
11
     LAW SCHOOL ADMISSION COUNCIL,
12   INC.,

13                     Defendant.
     _____/
14

15

16          On June 3, 2015, this Court received an Amicus Letter from Dr. Mark Mahone, et al.  The

17   Amicus Letter has now been filed as Docket No. 230.  The parties may file appropriate responsive

18   briefs addressing the Amicus Letter by June 10, 2015.  Any brief submitted may not exceed 2 pages

19   per side.

20          IT IS SO ORDERED.

21

22   Dated: June 3, 2015

23                                            _____
                                              EDWARD M. CHEN
24                                            United States District Judge

25

26

27

28

**United States District Court**
For the Northern District of California