UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>    Plaintiff,<br><br>    v.<br><br>LAW SCHOOL ADMISSION COUNCIL INC,<br><br>    Defendant. | Case No. 12-cv-01830-JCS<br><br>**ORDER REGARDING UNREDACTED CHAMBERS COPIES** |

On October 27, 2017, the Court received an envelope from the California Department of Fair Employment and Housing ("DFEH"), a plaintiff in this action, labeled "DFEH UNREDACTED COURTESY COPIES FOR CHAMBERS." Procedures for requesting that the Court consider information not suitable for public disclosure are set forth in Civil Local Rule 79-5, "Filing Documents Under Seal in Civil Cases."

If DFEH would like the Court to consider information that has been redacted in DFEH's public filings, DFEH must bring a motion to file under seal pursuant to Rule 79-5 no later than November 6, 2017. If DFEH does not believe the redacted information is relevant to its pending motions, no sealing motion is necessary, and the Court will securely dispose of the unredacted copies without considering them.

**IT IS SO ORDERED.**

Dated: October 30, 2017

JOSEPH C. SPERO
Chief Magistrate Judge