**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**
**AMENDED**

| **Case No.:** 12-cv-01830-JCS | **Case Name:** Department of Fair Employment and Housing v. Law School Admission Council Inc |
|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: February 23, 2018    **Time:** 1 H 15 M |

**Attorney for Plaintiff:** Joni Carrasco, Mari Mayeda, Irina Trasovan
**Attorney for Intervenor Plaintiff USA:** Sara Winslow
**Attorney for Defendant:** Caroline Mew,  Robert Burgoyne, Leanne Shank – LSAC General Counsel

**Deputy Clerk:** Karen Hom      **Court Reporter:** FTR 9:44-10:58

**PROCEEDINGS**

1. Motion in Limine to Exclude Conclusions, Testimony of Decree Monitor  Arthur Coleman [dkt 250] - Submitted
2. Motion to Hold Defendant in Contempt [dkt 254] - Submitted

**ORDERED AFTER HEARING**

**NOTES:** Amended to correct court reporter.

**CASE CONTINUED TO:**
**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing & Daubert Motions:**      at 9:30 AM
**Pretrial Conference:**      at 2:00 PM
**Trial:**      at 8:30 AM for      days    [ ]  Jury  [ ]  Court

**Order to be prepared by:**
[ ]  Plaintiff         [ ]  Defendant         [X]  Court
**cc:**