JOHN M. GORE
Acting Assistant Attorney General
ALEX G. TSE (CA Bar No. 152348)
Acting United States Attorney
SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    Sara.Winslow@usdoj.gov
ALBERTO RUISANCHEZ
Acting Deputy Assistant Attorney General
REBECCA B. BOND
Chief
ROBERTA KIRKENDALL
Special Legal Counsel
KATHLEEN P. WOLFE
Special Litigation Counsel
NABINA SINHA
MEGAN E. SCHULLER
Trial Attorneys
Disability Rights Section, Civil Rights Division
U.S. Department of Justice
    950 Pennsylvania Avenue, N.W. - NYA
    Washington, D.C. 20530
    Telephone: (202) 307-0663
    Facsimile: (202) 305-9775
    Nabina.Sinha@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING,<br><br>    Plaintiff,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC,<br><br>    Defendant.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC,<br><br>    Defendant. | Case No. 12-cv-01830-JCS<br><br>**STIPULATION TO DEADLINES FOR MONITOR REPORTS AND RELATED ITEMS; [PROPOSED] ORDER** |

Pursuant to this Court's Order (ECF 278), the undersigned parties stipulate to the following regarding the Monitor.

1. Deadlines for the Monitor's remaining reports will be:
   - Year 4 report due by August 13, 2018.
   - Year 5 report due by April 21, 2019.
   - Year 6 report due by April 21, 2020.
2. The current Monitor, Art Coleman, has elected to continue in that role.
3. The Monitor will provide monthly statements, in sufficient detail to allow the parties to know what work has been performed during that period of time, to all parties simultaneously.

    Respectfully submitted,

JOHN M. GORE
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

Date: April 4, 2018

*/s/ Sara Winslow*
SARA WINSLOW
Assistant United States Attorney

ALBERTO RUISANCHEZ
REBECCA B. BOND
ROBERTA KIRKENDALL
KATHLEEN P. WOLFE

Date: April 4, 2018

*/s/Nabina Sinha*[1]
NABINA SINHA
MEGAN E. SCHULLER
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice

Attorneys for the United States of America

---

[1] I, Nabina Sinha, hereby attest that I obtained the concurrence of all signatories whose signatures are represented by a conformed /s/ in the filing of this document.

STIPULATION TO DEADLINES FOR MONITOR REPORTS, No. 12-cv-01830-JCS

1

|  |  |
|---|---|
|  | DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING |
| Date: April 4, 2018 | /s/ Mari Mayeda<br>MARI MAYEDA<br>JONI CARRASCO<br>IRINA TRASOVAN<br>Attorneys for the Department of Fair Employment and Housing |
|  | PERKINS COIE LLP |
| Date: April 4, 2018 | /s/ Robert Burgoyne<br>ROBERT A. BURGOYNE<br>CAROLINE M. MEW<br>Attorneys for Law School Admission Council, Inc. |

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that:

1. The Monitor's remaining reports are due on the following dates:

   - Year 4 report due by August 13, 2018.
   - Year 5 report due by April 21, 2019.
   - Year 6 report due by April 21, 2020.

2. Art Coleman will remain the Monitor.

3. The Monitor will provide monthly statements of work, in sufficient detail to allow the parties to know what work has been performed during that period of time, to all parties simultaneously.

IT IS SO ORDERED.

Date:

   JOSEPH C. SPERO
   Chief Magistrate Judge

STIPULATION TO DEADLINES FOR MONITOR REPORTS, No. 12-cv-01830-JCS
2