JANETTE L. WIPPER (#275264)
   Chief Counsel
MARI MAYEDA (#110947)
   Associate Chief Counsel
Mari.Mayeda@dfeh.ca.gov
JONI CARRASCO (#287679)
   Staff Counsel
Joni.Carrasco@dfeh.ca.gov
IRINA TRASOVAN (#290372)
   Staff Counsel
Irina.Trasovan@dfeh.ca.gov
DEPARTMENT OF FAIR EMPLOYMENT
   AND HOUSING
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758
Telephone: (916) 478-7251
Facsimile: (888) 382-5293

Attorneys for Plaintiff, DFEH
(Fee Exempt, Gov. Code, § 6103)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,<br><br>                                        Plaintiff,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>                                        Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>                                        Plaintiff-Intervenor,<br><br>vs.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br><br>                                        Defendant. | Case No. CV 12-1830-JCS<br><br>**DECLARATION OF RICHARD M. PEARL IN SUPPORT OF DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Date:      August 17, 2018<br>Time:      9:30 am<br>Location: Courtroom G (15th Floor)<br>Judge:     Hon. Joseph C. Spero |

I, RICHARD M. PEARL, hereby declare the following:

1.      I am a member in good standing of the California State Bar.  I am in private practice as the principal of my own law firm, the Law Offices of Richard M. Pearl, in Berkeley, California.  I specialize in issues related to court-awarded attorneys' fees, including the representation of parties in fee litigation and appeals, serving as an expert witness, and serving as a mediator and arbitrator in disputes concerning attorneys' fees and related issues. In this case, I have been asked by Petitioner's counsel to render my opinion on the reasonableness of the hourly rates her attorneys are requesting in this matter.  I make this Declaration in Support of DFEH's Motion for Award of Reasonable Attorneys' Fees and Costs.

2.      Briefly summarized, my background is as follows: I am a 1969 graduate of Boalt Hall School of Law, University of California, Berkeley, California.  I took the California Bar Examination in August 1969 and passed it in November of that year, but because I was working as an attorney in Atlanta, Georgia for the Legal Aid Society of Atlanta (LASA), I was not admitted to the California Bar until February 1970. I worked for LASA until the summer of 1971, when I then went to work in California's Central Valley for California Rural Legal Assistance, Inc. (CRLA), a statewide legal services program.  From 1977 to 1982, I was CRLA's Director of Litigation, supervising more than fifty attorneys.  In 1982, I went into private practice, first in a small law firm, then as a sole practitioner. Martindale Hubbell rates my law firm "AV." I also have been selected as a Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018.   A copy of my Resume is attached hereto as **Exhibit 1**.

3.      Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees.  I have lectured and written extensively on court-awarded attorneys' fees.  I have been a member of the California State Bar's Attorneys Fees Task Force and have testified before the State Bar Board of Governors and the California Legislature on attorneys' fee issues.  I am the author of California Attorney Fee Awards (3d ed. Cal. CEB 2010) and its 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018 Supplements.  I also was the author of California Attorney Fee Awards, 2d Ed. (Calif. Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements. This

treatise has been cited by the California appellate courts on numerous occasions. *See, e.g., Graham v. DaimlerChrysler Corp.*(2004) 34 Cal.4th 553, 576, 584; *Lolley v. Campbell* (2002) 28 Cal.4th 367, 373; *Chacon v. Litke* (2010) 181 Cal.App.4th 1234, 1259; *Syers Properties III, Inc. v. Rankin* (2014) 226 Cal.App.4th 691, 698, 700. I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor, CEB's California Attorney's Fees Award Practice. In addition, I authored a federal manual on attorneys' fees entitled Attorneys' Fees: A Legal Services Practice Manual, published by the Legal Services Corporation. I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's Wrongful Employment Termination Practice, 2d Ed. (1997).

4. More than 90% of my practice is devoted to issues involving court-awarded attorney's fees. I have been counsel in over 200 attorneys' fee applications in state and federal courts, primarily representing other attorneys. I also have briefed and argued more than 40 appeals, at least 30 of which have involved attorneys' fees issues. I have successfully handled five cases in the California Supreme Court involving court-awarded attorneys' fees: (1) *Maria P. v. Riles*, 43 Cal.3d 1281 (1987), which upheld a California Code of Civil Procedure section 1021.5 fee award based on a preliminary injunction obtained against the State Superintendent of Education, despite the fact that the case ultimately was dismissed under California Code of Civil Procedure section 583; (2) *Delaney v. Baker*, 20 Cal.4th 23 (1999), which held that heightened remedies, including attorneys' fees, are available in suits against nursing homes under California's Elder Abuse Act; (3) *Ketchum v. Moses*, 24 Cal.4th 1122 (2001), which held, *inter alia,* that contingent risk multipliers remain available under California attorney fee law, despite the United States Supreme Court's contrary ruling on federal law (note that in *Ketchum,* I was primary appellate counsel in the Court of Appeal and "second chair" in the Supreme Court); (4) *Flannery v. Prentice*, 26 Cal.4th 572 (2001), which held that in the absence of an agreement to the contrary, statutory attorneys' fees belong to the attorney whose services they are based upon; and (5) *Graham v. DaimlerChrysler Corp.*, 34 Cal.4th 553 (2004), which I handled, along with trial counsel, in both the Court of Appeal and Supreme Court. I also represented and argued on behalf of *amicus curiae* in *Conservatorship of McQueen*, 59 Cal.4th 602 (2014), presenting the argument relied upon by the Court. Along with the Western Center on Law and Poverty, I also prepared and filed an *amicus curiae* brief in *Vasquez v. State of California*, 45 Cal.4th 243 (2009). I also have handled numerous other

appeals, including: *Davis v. City & County of San Francisco*, 976 F.2d 1536 (9th Cir. 1992); *Mangold v. CPUC*, 67 F.3d 1470 (9th Cir. 1995); *Velez v. Wynne*, 2007 U.S. App. LEXIS 2194 (9th Cir. 2007); *Camacho v. Bridgeport Financial, Inc.*, 523 F.3d 973 (9th Cir. 2008); *Center for Biological Diversity v. County of San Bernardino*, 185 Cal.App.4th 866 (2010); *Environmental Protection Information Center v. California Dept. of Forestry & Fire Protection et al*, 190 Cal.App.4th 217 (2010); and *Heron Bay Home Owners Assn. v. City of San Leandro,* 19 Cal.App.5th 376 (2018). For an expanded list of my appellate decisions, *see* Exhibit 1.

5. I also have been retained by various governmental entities, including the California Attorney General's office and the California Department of Fair Employment and Housing, at my then current rates to consult with them regarding their affirmative attorney fee claims.

6. I am frequently called upon to opine about the reasonableness of attorneys' fees, and my declarations on that issue have been cited favorably by numerous federal and state courts. The following federal courts have cited my declaration testimony favorably:

- *Antoninetti v. Chipotle Mexican Grill, Inc.*, No. 08-55867 (9th Cir. 2012), Order filed Dec. 26, 2012, at 6;

- *Prison Legal News v. Schwarzenegger,* 608 F.3d 446, 455 (9th Cir. 2010) (the expert declaration referred to is mine);

- *Notter v. City of Pleasant Hill,* 2017 U.S.Dist.LEXIS 197404, 2017 WL 5972698 (N.D. Cal. 2017)

- *Villalpondo v. Exel Direct, Inc.*, 2016 WL 1598663 (N.D. Cal. 2016);

- *State Compensation Insurance Fund v. Khan et al*, Case No. SACV 12-01072-CJC (JCGx) (C.D. Cal.), Order Granting in Part and Denying in Part the Zaks Defendants' Motion for Attorneys' Fees, filed July 6, 2016 (Dkt. No. 408);

- *In re Cathode Ray Tube Antitrust Litig.,* Master File No. 3:07-cv-5944 JST, MDL No. 1917 (N.D. Cal. 2016) 2016 U.S.Dist.LEXIS 24951 (Report And Recommendation Of Special Master Re Motions (1) To Approve Indirect Purchaser Petitioner'sSettlements With the Phillips, Panasonic, Hitachi, Toshiba, Samsung SDI, Technicolor, And Technologies Displays Americas Defendants, and (2) For Award Of Attorneys' Fees, Reimbursement Of Litigation Expenses, And Incentive Awards To Class Representative, Dkt. 4351, dated January 28, 2016, *adopted in relevant part,* 2016 U.S.Dist.LEXIS 88665;

- *Gutierrez v. Wells Fargo Bank*, 2015 U.S. Dist. LEXIS 67298 (N.D. Cal. 2015);

- *Holman v. Experian Information Solutions, Inc.*, 2014 U.S. Dist. LEXIS 173698 (N.D. Cal. 2014);

- *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. M 07-1827 SI, MDL No. 1827 (N.D. Cal.), Report and Recommendation of Special Master Re Motions for Attorneys' Fees And Other Amounts By Indirect-Purchaser Class Plaintiffs And State Attorneys General, Dkt. 7127, filed Nov. 9, 2012, adopted in relevant part, 2013 U.S. Dist. LEXIS 49885 (N.D. Cal. 2013) ("*TFT-LCD (Flat Panel)* Report & Recommendation");

- *Walsh v. Kindred Healthcare*, 2013 U.S. Dist. LEXIS 176319 (N.D. Cal. 2013);

- *A.D. v. California Highway Patrol*, 2009 U.S. Dist. LEXIS 110743, at *4 (N.D. Cal. 2009), rev'd on other grounds, 712 F.3d 446 (9th Cir. 2013), reaffirmed and additional fees awarded on remand, 2013 U.S. Dist. LEXIS 169275 (N.D. Cal. 2013);

- *Hajro v. United States Citizenship & Immigration Service*, 900 F. Supp. 2d 1034, 1054 (N.D. Cal 2012);

- *Rosenfeld v. United States Dep't of Justice*, 904 F. Supp. 2d 988, 1002 (N.D. Cal. 2012);

- *Garcia v. Resurgent Capital Servs.*, 2012 U.S.Dist.LEXIS 123889 (N.D. Cal. 2012);

- *Stonebrae, L.P. v. Toll Bros., Inc.*, 2011 U.S. Dist. LEXIS 39832, at *9 (N.D. Cal. 2011) (thorough discussion), aff'd 2013 U.S. App. LEXIS 6369 (9th Cir. 2013);

- *Armstrong v. Brown*, 2011 U.S. Dist. LEXIS 87428 (N.D. Cal. 2011);

- *Lira v. Cate*, 2010 WL 727979 (N.D. Cal. 2010);

- *Californians for Disability Rights, Inc. v. California Dep't of Transportation*, 2010 U.S. Dist. LEXIS 141030 (N.D. Cal. 2010);

- *Nat'l Federation of the Blind v. Target Corp.*, 2009 U.S. Dist. LEXIS 67139 (N.D. Cal. 2009);

- *Prison Legal News v. Schwarzenegger*, 561 F.Supp.2d 1095 (N.D. Cal. 2008) (an earlier motion);

- *Bancroft v. Trizechahn Corp.*, No. CV 02-2373 SVW (FMOx), Order Granting Plaintiffs Reasonable Attorneys' Fees and Costs In the Amount of $168,886.76, Dkt. 278 (C.D. Cal. Aug. 14, 2006);

- *Willoughby v. DT Credit Corp.*, No. CV 05-05907 MMM (CWx), Order Awarding Attorneys' Fees After Remand, Dkt. 65 (C.D. Cal. July 17, 2006);

- *Oberfelder v. City of Petaluma*, 2002 U.S. Dist. LEXIS 8635 (N.D. Cal. 2002), aff'd 2003 U.S. App. LEXIS 11371 (9th Cir. 2003);

7. The following California appellate courts also have referenced my declaration favorably:

- *Kerkeles v. City of San Jose*, 243 Cal.App.4th 88 (2015);

- *Habitat and Watershed Caretakers v. City of Santa Cruz*, 2015 Cal. App. Unpub. LEXIS 7156, 2015 WL 5827045 (2015);

- *Laffitte v. Robert Half Int'l Inc.*, 231 Cal.App.4th 860 (2014), aff'd (2016) 1 Cal.5[th] 480;

- *In re Tobacco Cases I*, 216 Cal.App.4th 570 (2013);

- *Heritage Pacific Financial, LLC v. Monroy*, 215 Cal.App.4th 972 (2013);

- *Wilkinson v. South City Ford*, 2010 Cal. App. Unpub. LEXIS 8680, 2010 WL 4292631 (2010);

- *Children's Hospital & Medical Center v. Bonta*, 97 Cal.App.4th 740 (2002);

- *Church of Scientology v. Wollersheim*, 42 Cal.App.4th 628 (1996).

8.      Numerous California trial courts have also relied on my declaration or in person testimony.

9.      Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys in California and elsewhere.  I have obtained this familiarity in several ways: (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

10.      In this case, I have consulted with Petitioner's counsel regarding the fee application for their work in this matter.  I have been made aware of the rates requested by Petitioner's counsel and their respective backgrounds and experience.  In particular, I am aware that Petitioner's counsel request the following market-based rates for lawyers admitted to practice in the following years:

| Name | Law School Graduation | Hourly Rate |
| --- | --- | --- |
| Mari Mayeda | 1983 | $850 |
| Joni Carrasco | 2012 | $425 |
| Irina Trasovan | 2012 | $425 |
| Kaitlin Toyama | 2017 | $290 |

///

///

**Counsels' Hourly Rates Are Reasonable**

11.     Under California law, Petitioner's attorneys are entitled to their requested rates if those rates are "within the range of reasonable rates charged by and judicially awarded comparable attorneys for comparable work." *Children's Hosp. & Med. Ctr. v. Bonta [CHMC],* 97 Cal.App.4th 740, 783 (2002).  Based on the information regarding hourly rates that I have gathered, some of which is summarized below, I am of the opinion that the hourly rates requested by Petitioner's attorneys are well within (if not below) the range of non-contingent market rates charged for reasonably similar services by San Francisco Bay Area attorneys of reasonably similar qualifications and experience.  The following data support my opinion:

**Rates found reasonable in other cases.**

12.     The following hourly rates have been found reasonable by various Northern California courts for reasonably comparable services:

<u>**2017 Rates**</u>

(1)     *Ridgeway v. Wal-Mart Stores, Inc., ,* N.D. Cal. No. 08-cv-05221-SI, Order Granting in Part and Denying in Part Petitioner's Motion for Fees, Costs, and Enhancement Awards,  filed September 14, 2017 (Dkt. No. 606), reported at 2017 U.S.Dist.LEXIS  149440, a wage and hour class action, in which the court issued a statutory fee award against Wal-Mart based on the following 2017 rates (plus a 2.0 multiplier), to partially offset a 25% common fund fee award payable by the class:

| Years of Experience | Rate |
| --- | --- |
| 46 | $900 |
| 40 | $890 |
| 38 | $870 |
| 36 | $850 |
| 34 | $830 |
| 20 | $730 |
| 37 (senior assoc.) | $700 |
| 29 (senior assoc.) | $670 |
| 19 (senior assoc.) | $610 |
| 11 | $500 |

| | |
|---|---|
| 7 | $450-500 |
| 6 | $425 |
| 3 | $355 |
| 4 | $330 |
| 1 | $300 |
| Senior Paralegal | $225 |
| Paralegal | $195 |
| Law Clerk | $225 |

(2) *Nitsch v. Dreamworks Animation SKG, Inc.,* N.D. Cal. No. 5:14-cv-04062-LHK, Order Granting in Part and Denying in Part Motion for Attorney's Fees (Dkt. No. 402), an antitrust class action brought by former employees of the defendants, in which the court found the following hourly rates reasonable, before applying a 2.0 multiplier:

| Years of Experience | Rate |
|---|---|
| 44 | $1,200 |
| 35 | $950 |
| 28 | $870 |
| 21 | $735 |
| Paralegal | Up to $290 |

(3) *Huynh v. Hous. Auth. Of Santa Clara,* 2017 U.S.Dist.LEXIS 39138 (N.D. Cal. 2017), a tenant class action[1] challenging the Housing Authority's policy regarding the accommodation of households with disabled family members, in which the court found the following hourly rates reasonable:

| Graduation Year | Rate |
|---|---|
| Fish & Richardson PC: | |
| 1996 | $862.07 |
| 2002 | $700 |
| 2005 | $676.75 |
| 2011 | $530 |
| 2007 | $475 |

---

[1] The rates found reasonable in class actions are also probative of reasonable rates for non-class cases. *Heritage Pacific Financial v. Monroy* (2013) 215 Cal.App.4th 972, 1009.

| | |
|---|---|
| 2014 | $362.54 |
| 2015 | $329.09 |
| 2016 | $330.11 |
| Paralegals | $236-275 |

(4)    *Armstrong v. Brown*, N.D. Cal. No. 4:94-cv-02307-CW, Stipulated Order Confirming Undisputed Attorneys' Fees and Costs for the Third Quarter of 2017, filed December 19, 2017 (Dkt. No. 2708), a prisoners' rights class action, in which the court approved the following 2017 hourly rates for monitoring the injunction in that matter:

| Years of Experience | Rate |
|---|---|
| 37 | $950 |
| 33 | $825 |
| 20 | $780 |
| 24 (Of Counsel) | $700 |
| 12 (Partner) | $650 |
| 9 (Associate) | $490 |
| 8 | $480 |
| 7 | $470 |
| 6 | $440 |
| Paralegals | $240-325 |

## 2016 Rates

(5)    *Animation Workers Antitrust Litigation,* N.D. Cal. No. 14-CV-4062 LHK, Order Granting Petitioner'sMotion for Attorneys' Fees, Expenses, and Service Awards for Settlements with Sony Pictures Imageworks, Inc., Sony Pictures Animation Inc., and Blue Sky Studios Inc., filed November 11, 2016, reported at 2016 U.S.Dist.LEXIS 156720, a class action alleging defendants violated the antitrust laws by restricting their employees' ability to change employers, , in which the court found the following 2016 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 44 | $1,200 |
| 27 | $845 |
| 22 | $735 |
| Paralegals | Up to $290 |

(6)    *National Federation of the Blind of California v. Uber Technologies, Inc.*, N.D. Cal. No. 14-cv-04086 NC, Order Granting Final Approval and Attorneys' Fees, filed December 6, 2016 (Dkt. No. 139), a class action against Uber alleging that it violated federal antidiscrimination laws by allowing its drivers to refuse to accept service dogs, in which the court found the following 2016 hourly rates reasonable (before applying a 1.5 lodestar multiplier under California law):

| Class | Rate |
|---|---|
| 1980 | $900 |
| 1985 | $895 |
| 1997 | $740 |
| 2005 | $645 |
| 2010 | $475 |
| 2011 | $460 |
| 2014 | $355 |
| Paralegals | $275 |
| Summer Associates | $275-280 |
| 2 | $265 |

## 2015 Rates

(7) *Civil Rights Education and Enforcement Center v. Ashford Hospitality Trust, Inc.*, 2016 U.S. Dist. LEXIS 37256 (N.D. Cal. March 22, 2016), an action challenging defendants' hotels' failure to provide wheelchair accessible transportation, in which the Court found the following 2015 hourly rates reasonable:

| Years of Experience | Rates |
|---|---|
| 41 | $900 |
| 24 | $750 |
| 10 | $550 |
| 8 | $500 |
| 5 | $430 |
| Paralegal | $250 |

(8)    *Armstrong v. Brown,* N.D. Cal. No. 4:94-cv-02307-CW, Stipulated Order Confirming Undisputed Attorneys' Fees and Costs for the Fourth Quarter of 2015, filed February 2, 2016 (Dkt. No. 2576), a prisoners' rights class action, in which the court approved the following 2015 hourly rates for

monitoring the injunction in that matter:

| Years of Experience | Rate |
|---|---|
| 35 | $840 |
| 31 | $710 |
| 18 | $690 |
| 21 (Of Counsel) | $590 |
| 9 (Partner) | $525 |
| 9 (Associate) | $490 |
| 8 | $480 |
| 7 | $470 |
| 6 | $440 |
| Paralegals | $220-290 |

(9)    *Alden v. Alden,* San Mateo County Superior Court No. CIV 524269, Order Granting Petitioner Katherine Alden's Motion for Attorneys' Fees and Costs, filed November 23, 2015, a fee award for appellate work under California C.C.P. § 527.6(r), in which the court found the following 2015 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 49 | $1,045 |
| 42 | $1,035 |
| 41 | $990 |
| 22 | $875 |
| 10 | $600 |
| 3 | $500 |

(10) *O'Bannon v. National Collegiate Athletic Assn.* (N.D. Cal. 2015) 2015 U.S. Dist. LEXIS 91514, filed July 13, 2015, a group antitrust action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 45 | $985 |
| 37 | 935-895 |
| 15 | 610-510 |
| 14 | 600 |
| 7 | 490 |
| 3 | 370 |
| Paralegals | 300-320 |
| Law Clerks | 325 |

(11)  *Wynn v. Chanos* (N.D. Cal. 2015) 2015 U.S.Dist. LEXIS 80062, filed June 19, 2015, an anti-SLAPP fee award, in which the court found the following hourly rates reasonable:

| Years of Experience | 2015/2014 Rates |
|---|---|
| 40 | $1085/1035 |
| 35 | 750 |
| 20 | 920/875 |
| 6 | 710/645 |
| 4 | 640/570 |

(12)  *Gutierrez v. Wells Fargo Bank, N.A* (N.D. Cal. 2015) 2015 U.S. Dist. LEXIS 67298, filed May 21, 2015, an unfair business practices class action, in which the court found the following hourly rates reasonable (before applying a 5.5 multiplier):

| Year of Bar Admission | Rate |
|---|---|
| 1972 | $975 |
| 1989 | 850 |
| 2001 | 625 |
| 2006 | 435 |
| 2009 | 435 |
| 3 | 370 |
| Paralegals | 300-320 |
| Law Clerks | 325 |

**Earlier Years**

(13)  *Ellis v. Costco Wholesale Corp.,* N.D. Cal. No. C04-3341 EMC, Order Granting Motion for Final Approval of Class Action Settlement, filed May 27, 2014, an employment class action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 38 | $700 |
| 35 | 825 |
| 30 | 650-825 |
| 29 | 875 |
| 19 | 725 |
| 9 | 500 |
| 8 | 460 |
| 7 | 425-575 |

| Years of Experience | Rate |
|---|---|
| 6 | 435 |
| 3 | 315 |
| Paralegals | 155-295 |
| Law Clerks | 185-275 |

(14)   *Reuters America LLC v. The Regents of the Univ. of Calif.*, Alameda County Superior Court No. RG12-613664, Order Granting in Part Motion of Plaintiff for Attorneys' Fees filed May 2, 2013, reversed on the merits sub nom *Regents of U.C. v. Superior Court* (2014) 222 Cal.App.4th 383, a California Public Records Act action, in which the trial court found the following hourly rates reasonable, before applying a 1.3 lodestar multiplier:

| Years of Experience | Rate |
|---|---|
| 31 | $785 |
| 27 | $600 |
| 6 | $400 |

(15)   *Williams v. H&R Block Enterprises, Inc.* Alameda County Superior Ct. No. RG08366506, Order of Final Approval and Judgment filed November 8, 2012, a wage and hour class action, in which the court found the following hourly rates reasonable:

| Year of Bar Admission | Rate |
|---|---|
| 1970 | $785 |
| 1976 | 775 |
| 1981 | 750 |
| 1993 | 650-700 |
| 1994-1997 | 500-650 |
| 2004 | 500 |
| 2005 | 470 |
| 2006 | 445-475 |
| 2007 | 450 |
| 2008 | 400 |
| 2009 | 350 |

(16)   *Luquetta v. The Regents of the Univ. of California,* San Francisco Superior Ct. No.CGC-05-443007, Order Granting Petitioner's Motion for Common Fund Attorneys' Fees and Expenses, filed

October 31, 2012, a class action to recover tuition overcharges, in which the court found the following hourly rates reasonable:

| Years of Bar Admission | Rate |
|---|---|
| 1977 | $850 |
| 1986 | 785 |
| 1991 | 750 |
| 1994 | 700 |
| 1998 | 625 |
| 2000 | 570 |
| 2001 | 550 |
| 2002 | 520 |
| Law Clerks | 250 |
| Paralegals | 215 |

(17)　*Davis v. Prison Health Services* (N.D. Cal. 2012) 2012 U.S. Dist. LEXIS 138556, an individual Fair Employment and Housing Act case, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 33 | $750 |
| 29 | 675 |
| 4 | 300 |
| 6 | 265 |

(18)　*Holloway et. al. v. Best Buy Co., Inc.* (N.D. Cal. 2011)　No. 05-5056 PJH (Order dated November 9, 2011), a class action alleging that Best Buy discriminated against female,　African American and Latino employees by denying them promotions and lucrative sales positions, in which the court approved a lodestar award based on the following rates:

| Years of Experience | Rate |
|---|---|
| 37 | $825 |
| Associates | |
| 8 | 490 |
| 6 | 405 |
| Law Clerks | 225 |
| Paralegals | 215 |

(19)　*Californians for Disability Rights, Inc., et al. v. California Department of Transportation, et al.* (N.D.Cal. 2010) 2010 U.S.Dist.LEXIS 141030, adopted by Order Accepting Report and

Recommendation filed February 2, 2011, a disability rights class action, in which the court found the following 2010 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 49 | $835 |
| 34 | 730 |
| 26 | 740 |
| 25 | 730 |
| 19 | 660 |
| 10 | 570 |
| 9 | 560 |
| 7 | 535 |
| 6 | 500 |
| 5 | 475 |
| 3 | 350 |
| 2 | 290 |
| 1 | 225-265 |
| Senior Paralegals | 265 |
| Law Clerks | 175 |
| Case Clerks | 165 |

(20)     *Credit/Debit Card Tying Cases,* San Francisco County Superior Court, JCCP No. 4335, Order Granting Petitioner's Motion for Attorneys' Fees, Expenses, and Incentive Awards, filed August 23, 2010, an antitrust class action, in which the court found the following 2010 hourly rates reasonable (before applying a 2.0 lodestar multiplier):

| Years of Experience | Rate |
|---|---|
| 43 | $975 |
| 46 | 950 |
| 38 | 850 |
| 32 | 850 |
| 35 | 825 |
| 26 | 740 |
| 13 | 610 |
| 9 | 600 |
| 9 | 590 |
| 9 | 535 |
| 12 | 535 |
| 5 | 485 |
| 4 | 460 |
| 3 | 435 |
| 10 | 420 |
| 7 | 420 |
| 2 | 420 |

| | |
|---|---|
| 1 | 395 |
| Paralegals | 220-260 |

**Hourly Rates Charged by Other Law Firms**

13.     I also base my opinion on several credible surveys of legal rates, including the following: The 2015 Real Rate Report Snapshot published by Ty Metrix/Legal Analytics summarizes the 2014 "real rates" for partners and associates in various cities.  A copy of the relevant pages is attached hereto as **Exhibit 2**.  It shows that in 2014, based on the 265 partners and 221 associates San Jose area attorneys surveyed, the Third Quartile hourly rates for partners was $816.13 per hour.  The Third Quartile hourly rate for associates was $514.44 per hour. Given the results obtained here, in my opinion rates at equal to least the Third Quartile are the most appropriate measure.  The rates sought by Petitioner's attorneys in this motion are significantly below these published rates.  Moreover, in my experience, since 2014, most San Francisco Bay Area firms have raised their rates by at least 10%.

14.     Counsel's rates also are supported by the standard hourly non-contingent rates for comparable civil litigation stated in court filings, depositions, surveys, or other reliable sources by numerous California law firms or law firms with offices or practices in the Bay Area. These rates include, in alphabetical order:

**Altshuler Berzon LLP**

| 2017 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | Senior Partners | $930 |
| | Junior Partners (1991-2001) | 875-690 |
| | Associates (2008-2013) | 510-365 |
| 2015 Rates: | Years of Experience/Level | Rate |
| | 32 | $895 |
| | Junior Partners | 825-630 |
| | Associates | 450-340 |
| | Paralegals | 250 |
| 2014 Rates: | Years of Experience | Rate |
| | 38 | $895 |
| 2012 Rates: | Years of Experience | Rate |
| | 34 | $850 |
| | 26 | 785 |
| | 21 | 750 |

**Altshuler Berzon LLP**

| | | |
|---|---|---|
| | 18 | 700 |
| | 14 | 625 |
| | 12 | 570 |
| | 11 | 550 |
| | 10 | 520 |
| | 6 | 410 |
| | 5 | 385 |
| | 4 | 335 |
| | Law Clerks | 250 |
| | Paralegals | 215 |

| 2011 Rates: | Years of Experience | Rate |
|---|---|---|
| | 43 | $825 |
| | 17 | 675 |
| | 12 | 575 |
| | 10 | 520 |
| | Law Clerks | 225 |
| | Paralegals | 215 |

**Arnold Porter LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 40 | $1,085 |
| | 20 | 920 |
| | 6 | 710 |
| | 4 | 640 |
| 2014 Rates: | Years of Experience | Rate |
| | 49 | $995 |
| | 45 | 720 |
| | 39 | 655 |
| 2013 Rates: | Average Partner | $815 |
| | Highest Partner | 950 |
| | Lowest Partner | 670 |
| | Average Associate | 500 |
| | Highest Associate | 610 |
| | Lowest Associate | 345 |

**The Arns Law Firm LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 37 | $950 |
| | Law Clerks | 165 |

**Bingham McCutchen (now Morgan, Lewis & Bockius)**

| 2011 Rates: | Years of Experience | Rate |
|---|---|---|
| | 30 | $780 |

**Bingham McCutchen (now Morgan, Lewis & Bockius)**

| 2010 Rates: | Years of Experience | Rate |
|---|---|---|
| | 13 | $655 |
| | 4 | 480 |
| | 2 | 400 |

**Boies Schiller & Flexner LLP**

| 2016 Rates: | Bar Admittance | Rate |
|---|---|---|
| | 1988 | $960 |
| | 2000 | 830 |
| | 2001 | 880 |

**Burson & Fisher**

| 2013 Rates: | Years of Experience | Rate |
|---|---|---|
| | 16 | $680-850 |
| | 11 | 680 |
| | 4 | 400 |
| | 3 | 390 |
| | 2 | 375 |
| | 1 | 300 |
| | Law Clerks | 225 |
| | Litigation Support Specialists | 180 |

**Chavez & Gertler**

| 2014 Rates | Years of Experience | Rate |
|---|---|---|
| | 35 | $775 |
| | 31 | 750 |
| | 33 | 695 |
| | 12 | 575 |
| | 5 | 395 |
| | Legal Assistant | 225 |

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 33 | $750 |
| | 29 | 725 |
| | 32 | 675 |
| | 21 | 575 |
| | 11 | 535 |
| | 7 | 475 |
| | Legal Assistant | 185 |

| 2011 Rates: | Years of Experience | Rate |
|---|---|---|
| | 32 | $725 |
| | 28 | 700 |
| | 10 | 550 |

**Chavez & Gertler**

| | | |
|---|---|---|
| | 9 | 510 |
| | 5 | 425 |
| | Paralegals | 225 |

**Cooley LLP**

| 2017 Rates: | | Years of Exp. | | Rate: |
|---|---|---|---|---|
| | | 22 | | $905 |

| 2012-2014 Rates: | Years of Experience | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| | 31 | $975 | $1,035 | $1,095 |
| | 17 | 670 | 710 | 770 |
| | 9 | 550 | 645 | 685 |
| | 7 | 500 | 585 | 685 |
| | 6 | | 530 | 620 |
| | 3 | | 355 | 445 |
| | Paralegal | | 260 | 325 |
| | Paralegal | 245 | 260 | 275 |
| | | | | 290 |

**Cooper & Kirkham**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 33 | $775 |
| | 22 | 775 |
| | 15 | 500 |
| | 4 | 360 |
| | Paralegals, case assistants, law clerks | 225-250 |
| 2012 Rates: | Years of Experience | Rate |
| | 48 | $950 |
| | 37 | 825 |
| | 11 | 600 |

**Cotchett, Pitre & McCarthy, LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 49 | $900 |
| | 33 | 775 |
| | 22 | 775 |
| | 15 | 500 |
| | Senior Associates | 415 |
| | 4 | 360 |
| | Paralegals, case | 225-250 |

19

**Cotchett, Pitre & McCarthy, LLP**
assistants, law clerks

**Covington Burling**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 30 | $805 |
| | 2 | 410 |

| 2013 Rates: | Years of Experience | Rate |
|---|---|---|
| | 28 | $750 |
| | 16 | 670 |
| | 14 | 670 |
| | 7 | 510 |
| | 2 | 375 |
| | 5 | 490 |
| | Litigation Support | 110-355 |

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 27 | $730 |
| | 15 | 632-650 |
| | 13 | 650 |

**Duane Morris LLP**

| 2016 Rates: | Years of Experience | Rate |
|---|---|---|
| | 43 | $880 |
| | 41 | 880 |
| | 26 | 720 |
| | 25 | 695 |

**Farella Braun & Martell LLP**

| 2010 Rates: | Years of Experience | Rate |
|---|---|---|
| | 31 | $715 |

**Feinberg, Jackson, Worthman & Wasow LLP**

| 2016 Rates: | Years of Experience | Rate |
|---|---|---|
| | 28 | $800 |

**Fenwick & West**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 45 | $750 |
| | 35 | 750 |
| | 23 | 725 |
| | 19 | 695 |
| | 5 | 400 |

**Fenwick & West**

| | | |
|---|---|---|
| | 3 | 350 |
| | Paralegal | 125 |

**Gibson Dunn & Crutcher LLP**

| 2016 Rates: | Bar Admittance | Rate |
|---|---|---|
| | 1987 | $852 |
| | 2010 | 540 |
| | 2013 | 404 |

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 37 | $1,125 |
| | 23 | 955 |
| | 3 | 575 |

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 36 | $1,080 |
| | 22 | 910 |
| | 9 (Of Counsel) | 740 |
| | 6 | 690 |

**Goldstein, Borgen, Dardarian & Ho**

| 2016 Rates: | | Graduation Year | Rate |
|---|---|---|---|
| Partners | | 1987 | $810 |
| | | 1994 | 775 |
| | | 2005 | 600 |
| | | 2006 | 575 |
| | | 2007 | 565 |
| Of Counsel | | 1970 | 830-865 |
| | | 1981 | 820 |
| Associates | | 1993 | 750 |
| | | 1994 | 725 |
| | | 1995 | 700 |
| | | 1996 | 675 |
| | | 1997 | 650 |
| | | 1998 | 625 |
| | | 1999 | 600 |
| | | 2000 | 600 |
| | | 2001 | 600 |
| | | 2002 | 575 |
| | | 2003 | 575 |
| | | 2004 | 575 |
| | | 2005 | 550 |
| | | 2006 | 525 |
| | | 2007 | 500 |
| | | 2008 | 475 |
| | | 2009 | 450 |
| | | 2010 | 425 |

|              |                    |         |
|--------------|--------------------|---------|
|              | 2011               | 400     |
|              | 2012               | 375     |
|              | 2013               | 375     |
|              | 2014               | 350     |
|              | 2015               | 325     |
| Law Clerk    |                    | 250     |
| Statistician |                    | 300     |
| Sr. Paralegal|                    | 250-275 |
| Paralegal    |                    | 200     |
| Case Clerk   |                    | 195     |
| System Analyst|                   | 250     |

2014 Rates:

| Years of Experience  | Rate   |
|----------------------|--------|
| 33                   | $795   |
| 27                   | 750    |
| 8                    | 500    |
| 4                    | 395    |
| 3                    | 350    |
| 1                    | 300    |
| Law Clerks/Paralegals| 160-250|

**Greines, Martin, Stein & Richland**

2012 Rates:

| Years of Experience | Rate  |
|---------------------|-------|
| 41                  | $850  |
| 29                  | 850   |
| 23                  | 650   |
| 18                  | 500   |
| Law Clerks          | 100   |

**Hausfeld LLP**

2014 Rates:

| Years of Experience | Rate    |
|---------------------|---------|
| 45                  | $985    |
| 37                  | 935-895 |
| 15                  | 610-510 |
| 14                  | 600     |
| 7                   | 490     |
| 3                   | 370     |
| Paralegals          | 300-320 |
| Law Clerks          | 325     |

**Irell & Manella**

2013 Rates:

| Level             | Rate  |
|-------------------|-------|
| Average Partner   | $890  |
| Highest Partner   | 975   |
| Lowest Partner    | 800   |
| Average Associate | 535   |
| Highest Associate | 750   |

**Irell & Manella**

| | | |
|---|---|---|
| | Lowest Associate | 395 |

**Janssen Malloy LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 33 | $775 |
| | Paralegals | 175 |

**Jones Day**

| 2016 Rates: | Bar Admission Year | Rate |
|---|---|---|
| | 2001 | $900 |
| | 2014 | 450 |
| 2015 Rates: | Bar Admission Year | Rate |
| | 2001 | $875 |
| | 2014 | 400 |

**Keker & Van Nest, LLP**

| 2017 Rates: | Years of Experience | Rate |
|---|---|---|
| | 9 | $650 |
| | 5 | 525 |

**Kemnitzer, Barron & Krieg**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 38 | $750 |
| | 32 | 750 |
| | 8 | 475 |
| | 3 | 350 |
| | Senior Paralegal | 250 |

**Kirkland & Ellis**

| | Years of Experience | Rate |
|---|---|---|
| 2017 Rates: | 20 | $1.165 |
| | 9 | $995 |
| | 8 | $965 |
| | 5 | $845 |
| | 4 | $845 |
| | 3 | $810 |
| | 2 | $555 |

**Latham & Watkins**

| 2016 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $1,185.83 |
| | Highest Partner | 1,595 |
| | Lowest Partner | 915 |
| | Average Associate | 754.62 |
| | Highest Associate | 1,205 |

**Latham & Watkins**

|  | | Lowest Associate | 395 |
|---|---|---|---|
| 2013 Rates: | | Level | Rate |
|  | | Average Partner | $990 |
|  | | Highest Partner | 1,100 |
|  | | Lowest Partner | 895 |
|  | | Average Associate | 605 |
|  | | Highest Associate | 725 |
|  | | Lowest Associate | 465 |

**Lawson Law Offices**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
|  | 24 | $650 |
| 2011 Rates: | Years of Experience | Rate |
|  | 23 | 625 |
|  | 20 | 550 |

**Lewis Feinberg Lee, Renaker & Jackson, P.C.**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
|  | 38 | $825 |
|  | 29 | 750 |
|  | 24 | 725 |
|  | 21 | 700 |
|  | 8 | 450 |
|  | 7 | 425 |
|  | 3 | 375 |
|  | Senior Paralegals | 250 |
|  | Law Clerks | 225 |

**Lieff Cabraser Heimann & Bernstein, LLP**

| 2015 Rates: | Years of Bar Admission | Rate |
|---|---|---|
|  | 1972 | $975 |
|  | 1989 | 850 |
|  | 2001 | 625 |
|  | 2006 | 435 |
|  | 2009 | 435 |
| 2014 Rates: | Years of Bar Admission | Rate |
|  | 1998 | $825 |
|  | 2001 | 600 |
|  | 2006 | 435 |
|  | 2009 | 415 |
|  | 2013 | 325 |
|  | Paralegal/Clerk | 305 |
| 2013 Rates: | | |
|  | 1975 | $925 |
|  | 1998 | 800 |
|  | 2001 | 525 |

**Lieff Cabraser Heimann & Bernstein, LLP**

| | |
|---|---|
| 2003 | 490 |
| 2006 | 415 |
| 2009 | 395 |
| 2013 | 320 |
| Paralegal/Clerk | 285 |

**Manatt, Phelps & Phillips**

| 2013 Rates: | | |
|---|---|---|
| | Average Partner | $740 |
| | Highest Partner | 795 |
| | Lowest Partner | 640 |

**McKenna Long & Aldridge LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 31 | $775 |
| | 10 | 650 |
| | | 425 |
| | 5 | 420 |
| | Senior Paralegal | 350 |
| | Paralegal | 225 |

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 30 | $775 |
| | 9 | 650 |
| | 5 | 420 |
| | Litigation Support Mgr. | 350 |
| | Paralegals | 225 |

**Minami Tamaki LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 38 | $1,025 |
| | 22 | 815 |
| | 17 | 790 |
| | 38 (Of Counsel) | 650 |
| | 7 | 620 |
| | 6 | 605 |
| | 5 | 595 |
| | 4 | 535 |
| | 2 | 430 |
| | Paralegal | 250 |

| 2013 Rates | Years of Experience | Rate |
|---|---|---|
| | 37 | $985 |
| | 29 | 780 |
| | 21 | 760 |
| | 37 (Of Counsel) | 650 |
| | 5 | 570 |
| | 4 | 515 |

**Minami Tamaki LLP**

| | Paralegal | 240 |
|---|---|---|

**Morrison Foerster LLP**

| 2017 Rates: | Bar Admission Date | Rate |
|---|---|---|
| | 2007 | $608 |
| | 2012 | 575 |
| 2016 Rates: | Bar Admission Date | Rate |
| | 1975 | $1,025 |
| | 1999 | 975 |
| | 1993 | 975 |

**O'Melveny & Myers**

| 2016 Rates: | Bar Admission Date | Rate |
|---|---|---|
| | 1985 | $1,175 |
| | 2004 | 895 |
| | 2005 | 780 |
| | 2007 | 775 |
| | 2010 | 725 |
| | 2011 | 700 |
| | 2012 | 655 |
| | 2013 | 585 |
| | 2014 | 515 |
| | 2015 | 435 |

**Orrick Herrington & Sutcliffe**

| 2014 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $845 |
| | Highest Partner | 1,095 |
| | Lowest Partner | 715 |
| | Average Associate | 560 |
| | Highest Associate | 710 |
| | Lowest Associate | 375 |

**Paul Hastings LLP**

| 2016 Rates: | Bar Admission Date | Rate |
|---|---|---|
| | 1973 | $1,175 |
| | 1997 | 895 |
| | 1990 | 750 |
| 2014 Rates: | Level | Rate |
| | Average Partner | $815 |
| | Highest Partner | 900 |
| | Lowest Partner | 750 |
| | Average Associate | 540 |
| | Highest Associate | 755 |
| | Lowest Associate | 595 |

**Pillsbury Winthrop Shaw Pittman LLP**

| 2013 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $865 |
| | Highest Partner | 1,070 |
| | Lowest Partner | 615 |
| | Average Associate | 520 |
| | Highest Associate | 860 |
| | Lowest Associate | 375 |

**Quinn Emanuel Urquhart & Sullivan**

| 2013 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $915 |
| | Highest Partner | 1,075 |
| | Lowest Partner | 810 |
| | Average Associate | 410 |
| | Highest Associate | 675 |
| | Lowest Associate | 320 |

**Reed Smith LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 37 | $830 |
| | 18 | 695 |
| | 15 | 585 |
| | 6 | 485 |
| | 5 | 435 |
| 2013 Rates: | Years of Experience/Level | Rate |
| | Partner | |
| | 36 | $830 |
| | 30 | 805 |
| | 17 | 610-615 |
| | 14 | 570 |
| | Associates | |
| | 8 | 450-535 |
| | 6 | 495 |

**Rosen, Bien, Galvan & Grunfeld LLP**

| 2018 Rates: | Class | Rates |
|---|---|---|
| Partners: | 1962 | $1,000 |
| | 1980 | $965 |
| | 1981 | $920 |
| | 1984 | $835 |

**Rosen, Bien, Galvan & Grunfeld LLP**

|  | 1997 | $780 |
|---|---|---|
|  | 2005 | $650 |
| Of Counsel: | 1983 | $800 |
|  | 1993 | $700 |
|  | 2003 | $675 |
| Senior Counsel: | 2008 | $585 |
| Associates: | 2009 | $535 |
|  | 2010 | $525 |
|  | 2011 | $500 |
|  | 2013 | $440 |
|  | 2015 | $410 |
|  | 2016 | $375 |
| Paralegals: |  | $340-240 |
| Litigation Support/Paralegal Clerks: |  | $225 |
| Law Students: |  | $275 |
| Word Processing: |  | $85 |

| 2017 Rates: | Class/Level | Rate |
|---|---|---|
|  | Partners |  |
|  | 1962 | $1,000 |
|  | 1980 | 950 |
|  | 1981 | 900 |
|  | 1984 | 825 |
|  | 1997 | 780 |
|  | 2005 | 650 |
|  | Of Counsel |  |
|  | 1983 | 800 |
|  | 1993 | 700 |
|  | 2003 | 675 |
|  | Associates |  |

**Rosen, Bien, Galvan & Grunfeld LLP**

|  |  |  |
|---|---|---|
|  | 2008 | 575 |
|  | 2009 | 515 |
|  | 2010 | 500 |
|  | 2011 | 490 |
|  | 2013 | 425 |
|  | 2015 | 400 |
|  | 2016 | 375 |
|  | Paralegals | 325-240 |
|  | Litigation Support/Paralegal Clerks | 225 |
|  | Law Students | 275 |
|  | Word Processing | 85 |
| 2016 Rates: | Class/Level | Rate |
|  | 1962 | $995 |
|  | 1980 | 900 |
|  | 1985 | 800 |
|  | 1997 | 740 |
|  | 2008 | 545 |
|  | 2009 | 490 |
|  | Certified Law Student | 275 |
|  | Paralegal | 275 |
| 2015 Rates: | Years of Experience/Level | Rate |
|  | Partners |  |
|  | 53 | $930 |
|  | 35 | 840 |
|  | 33 | 775 |
|  | 31 | 710 |
|  | 18 | 690 |
|  | 9 | 525 |
|  | Of Counsel | 590-610 |
|  | Associates |  |
|  | 9 | 490 |
|  | 8 | $480 |
|  | 7 | 470 |
|  | 6 | 440 |
|  | 5 | 420 |
|  | 4 | 400 |
|  | 3 | 380 |
|  | Paralegals | 250-295 |
|  | Litigation Support/Paralegal Clks | 200-220 |
|  | Law Students | 275 |
|  | Word Processing | 85 |

**Rosen, Bien, Galvan & Grunfeld LLP**

| 2014 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | Partners | |
| | 52 | $900 |
| | 34 | 800 |
| | 30 | 675 |
| | 17 | 650 |
| | Of Counsel | 580 |
| | Associates | |
| | 8 | 470 |
| | 8 | 460 |
| | 7 | 450 |
| | 6 | 440 |
| | 5 | 410 |
| | 4 | 390 |
| | 2 | 350 |
| | Paralegals | 230-290 |
| | Litig. Support/Paralegal Clks | 180-215 |
| | Law Students | 260 |
| | Word Processing | 80 |
| 2013 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 51 | $875 |
| | 33 | 780 |
| | 29 | 660 |
| | 16 | 630 |
| | Of Counsel | |
| | 30 | 580 |
| | Associates | |
| | 20 | 550 |
| | 10 | 480 |
| | 9 | 465 |
| | 8 | 445-450 |
| | 7 | 440 |
| | 6 | 435 |
| | 5 | 405 |
| | 4 | 375 |
| | 3 | 355 |
| | Paralegals | 220-280 |
| | Litigation Support/ Paralegal clerk | 170 |
| | Law Clerk/Students | 250 |
| | Word Processing | 80 |

**Rudy, Exelrod, Zieff & Lowe LLP**

**Rudy, Exelrod, Zieff & Lowe LLP**

| 2010 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | Partners | |
| | 42 | $725 |
| | 32 | 725 |
| | 15 | 625 |
| | Associates | |
| | 21 | 495 |
| | 13 | 485 |
| | 8 | 450 |

**Schneider Wallace Cottrell Brayton Konecky LLP**

| 2017 Rates: | Law School Grad. Year | Rate |
|---|---|---|
| | 1993 | $835 |
| | 1997 | 750 |
| | 2009 | 650 |
| | Paralegals and Legal Assistants | 300 |
| | Associates | 350-700 |
| | Law Clerks/Paralegals | 135-300 |

**Sheppard, Mullin, Richter & Hampton**

| 2014 Rates: | Level | Rate |
|---|---|---|
| | Highest Partner | $875 |
| | Lowest Partner | 490 |
| | Average Partner | 685 |
| | Highest Associate | 535 |
| | Lowest Associate | 275 |
| | Average Associate | 415 |

**Sidley Austin**

| 2010 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | Partners | |
| | 33 | $900 |
| | Senior Partners | 1,100 |
| | Legal Assistants | 120-280 |

**Skadden, Arps, Slate, Meagher & Flom**

| 2013 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $1,035 |
| | Highest Partner | 1,150 |
| | Lowest Partner | 845 |
| | Average Associate | 620 |
| | Highest Associate | 845 |
| | Lowest Associate | 340 |

**Stebner and Associates**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 30 | $750 |
| | 18 | 575 |
| | 6 | 450 |
| | 4 | 450 |
| 2014 Rates: | Years of Experience | Rate |
| | 27 | $695 |
| | 22 | 630 |

**Wilson Sonsini Goodrich & Rosati PC**

| 2017 Rates: | Bar Admission Date | Rate |
|---|---|---|
| | 2000 | $950 |
| 2010 Rates: | Years of Experience | Rate |
| | 28 | $875 |
| | Other Partners | 650-975 |
| | Associates | 290-610 |
| | Paralegals/Litigation Support | 120-300 |

15.     The rates filed in July 2012 by counsel in *Apple Inc. v. Samsung Electronics Co. Ltd.,* N.D. Cal. No. 11-cv—01846-LKK (PSG), also support the rates requested here.  In that case, Quinn Emanuel Urquhart & Sullivan LLP, counsel for defendant Samsung, charged median partner rates of $821 per hour and median associate rates of $448 per hour.

16.     I am familiar with the results obtained by Petitioner in this case. In my professional opinion, excellent results were achieved.

If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.  I declare under penalty of perjury that the foregoing is true and correct.  Executed this _10th_ day of July, 2018 in Berkeley, California.

RICHARD M. PEARL

EXHIBIT 1

# RESUME OF RICHARD M. PEARL

**RICHARD M. PEARL**
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-3143 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted February 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior Courts and Court of Appeals.

## EMPLOYMENT

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice (AV rating), with emphasis on court-awarded attorney's fees, class actions, and appellate practice. Selected Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, California Court of Appeal, First Appellate District (October 2000 to 2013) (program terminated).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to 2014): Taught *Public Interest Law Practice*, a 2-unit course that focused on the history, strategies, and issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation practice, as described above.

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

>Director of Litigation (July 1977 to July 1982)
>Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.

>Regional Counsel (July 1982 to September 1983 part-time)
>Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.

>Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
>Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.

>Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
>Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low-income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

**PUBLICATIONS**

Pearl, *California Attorney Fee Awards, Third Edition* (Cal. Cont. Ed. Bar 2010) and February 2011, 2012, 2013, 2014,  2015, 2016, 2017, and March 2018 Supplements

Pearl, *California Attorney Fee Awards, Second Edition* (Cal. Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cal. Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cal. Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting (October 1992)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Effective Representation Before California Administrative Agencies (October 1986)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases* (September 1985) Los Angeles Lawyer

Program Materials on Remedies Training (Class Actions), sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

**PUBLIC SERVICE**

Member, Attorneys' Fee Task Force, California State Bar

Member, Board of Directors, California Rural Legal Assistance Foundation

**REPRESENTATIVE CASES**

*Alcoser v. Thomas*
       (2011) 2011 Cal.App.Unpub.LEXIS 1180

*Arias v. Raimondo*
       (2018) 2018 U.S.App.LEXIS 7484

*Boren v. California Department of Employment*
       (1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
       (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
       (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
       (1982) 132 Cal.App.3d 961

*Center for Biological Diversity v. County of San Bernardino*
       (2010) 185 Cal.App.4th 866

*Children & Families Commission of Fresno v. Brown*
       (2014) 228 Cal.App.4th 45

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
       (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
       (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
       (1999) 10 Cal.4th 23

*Dixon v. City of Oakland*
       (2014) 2014 U.S.Dist.LEXIS 169688

**REPRESENTATIVE CASES (cont.)**

*Employment Development Dept. v. Superior Court (Boren)*
        (1981) 30 Cal.3d 256

*Environmental Protection Info. Ctr. v Department of Forestry & Fire Protection*
        (2010) 190 Cal.App.4th 217

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
        (N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
        (2001) 26 Cal. 4th 572

*Guerrero v. Cal. Dept. of Corrections etc.*
        (2016) 2016 U.S.Dist.LEXIS 78796, *aff'd in relevant part,* (9th Cir. 2017) 701
        Fed.Appx. 613

*Graham v. DaimlerChrysler Corp.*
        (2004) 34 Cal. 4th 553

*Heron Bay Home Owners Assn. v. City of San Leandro*
        (2018) 19 Cal.App.5th 376

*Horsford v. Board of Trustees of Univ. of Calif.*
        (2005) 132 Cal.App.4th 359

*Ketchum v. Moses*
        (2001) 24 Cal.4th 1122

*Kievlan v. Dahlberg Electronics*
        (1978) 78 Cal.App.3d 951, *cert. denied* (1979)
        440 U.S. 951

*Lealao v. Beneficial  California, Inc.*
        (2000) 82 Cal.App.4th 19

*Lewis v. California Unemployment Insurance Appeals Board*
        (1976) 56 Cal.App.3d 729

*Local 3-98 etc. v. Donovan*
        (N.D. Cal. 1984) 580 F.Supp. 714,
        *Aff'd* (9th Cir. 1986) 792 F.2d 762

**REPRESENTATIVE CASES (cont.)**

*Mangold v. California Public Utilities Commission*
     (9th Cir. 1995) 67 F.3d 1470

*Maria P. v. Riles*
     (1987) 43 Cal.3d 1281

*Martinez v. Dunlop*
     (N.D. Cal. 1976) 411 F.Supp. 5,
     *aff'd* (9th Cir. 1977) 573 F.2d 555

*McQueen, Conservatorship of*
     (2014) 59 Cal.4th 602 (argued for *amici curiae*)

*McSomebodies v. Burlingame Elementary School Dist.*
     (9th Cir. 1990) 897 F.2d 974

*McSomebodies v. San Mateo City School Dist.*
     (9th Cir. 1990) 897 F.2d 975

*Molina v. Lexmark International*
     (2013) 2013 Cal.App. Unpub. LEXIS 6684

*Moore v. Bank of America*
     (9th Cir. 2007) 2007 U.S. App. LEXIS 19597

*Moore v. Bank of America*
     (S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*
     (S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752,
     5 Wage & Hour Cas. 2d (BNA) 1122

*Nadaf-Rahrov v. Nieman Marcus Group*
     (2014) 2014 Cal.App. Unpub. LEXIS 6975

*Orr v. Brame*
     (2018) 2018 U.S.App.LEXIS 6094

*Pena v. Superior Court of Kern County*
     (1975) 50 Cal.App.3d 694

**REPRESENTATIVE CASES (cont.)**

*Ponce v. Tulare County Housing Authority*
　　　　(E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
　　　　(N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
　　　　(1979) 24 Cal.3d 93 (amicus)

*Ruelas v. Harper*
　　　　(2015) 2015 Cal.App. Unpub.LEXIS 7922

*Sokolow v. County of San Mateo*
　　　　(1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
　　　　(1976) 17 Cal.3d 719 (amicus)

*Swan v. Tesconi*
　　　　(2015) 2015 Cal.App. Unpub. LEXIS 3891

*Tongol v. Usery*
　　　　(9th Cir. 1979) 601 F.2d 1091,
　　　　*on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
　　　　*revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
　　　　(1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
　　　　(N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part*
　　　　*and revs'd in part sub nom Davis v. City and County*
　　　　*of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
　　　　*modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
　　　　 (S.D.Cal. 1998) 18 F.Supp.2d 1090

*Vasquez v. State of California*
　　　　(2008) 45 Cal.4th 243 (*amicus*)

**REPRESENTATIVE CASES (cont.)**

*Velez v. Wynne*
    (9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**APRIL 2018**

EXHIBIT 2



# Real Rate Report Snapshot

## Snapshot

### The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices



WHAT THE BEST COMPANIES DO



Wolters Kluwer

ELM Solutions



**WHAT THE BEST COMPANIES DO**

 Wolters K

ELM Solutions

## CONTRIBUTING EDITORS AND ANALYSTS

Bradley Tingquist
Quantitative Leader, CEB

David Moran
Director of Data Management and Analytics
Legal Analytics, ELM Solutions

Margie Sieboda
Product Manager
Legal Analytics, ELM Solutions

Carol Au
Quantitative Analyst
Legal Analytics, ELM Solutions

## LEAD DATA ANALYSTS

Jayant Chawla
Analyst, CEB

Patricia Simione
Senior Quantitative Analyst, CEB

Steve Vumback
Data Analyst, ELM Solutions

Beth Seefelt
Data Architect, ELM Solutions

## CONTENT PUBLISHING SOLUTIONS

Valorie Brown
Eshita Faujdar
Brittany Fritz
Christie Parrish
Priyanka Sinha
Contributing Designers, CEB

Rod Diez
Graphic & Web Designer, ELM Solutions

A. Kate MacDougall
Editor, CEB

Lori-Anne Dowling
Graphic Designer, CEB

## EXECUTIVE SPONSORS

Christina Hertzler
Practice Leader, CEB

Aaron Kotok
Practice Leader, CEB

Glenn Paredes
EVP & General Manager, ELM Solutions

© 2015 CEB and ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without prior written permission of the copyright holders. To request permission, please contact:

ELM Solutions, a Wolters Kluwer business
20 Church Street
Hartford, CT 06103
United States
ATTN: Marketing
+1-860-549-8795

Or    CEB
1919 North Lynn Street
Arlington, VA 22209
United States
ATTN: Marketing
+1-571-303-3000

**LEGAL CAVEAT**

CEB and ELM Solutions have worked to ensure the accuracy of the information in this report; however, CEB and ELM Solutions cannot guarantee the information or analyses in all cases. CEB and ELM Solutions are not engaged in rendering legal, accounting, or other professional services or advice, and its services should not be construed as professional advice on any particular set of facts or circumstances. Neither CEB nor ELM Solutions is responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

# Table of Contents

A Letter to Our Readers                                               4

How to Use This Snapshot                                             5

A Note on Comparability of Data                                      6

Real Rate Report Snapshot                                           9

  ◦ Section I: High-Level Data Cuts                                 12

  ◦ Section II: Industry Analysis                                   46

  ◦ Section I: Practice Area Analysis                               69

  ◦ Section IV: In-Depth Analysis for Selected US Cities           118

  ◦ Section V: International Analysis                              14

Appendix: Data Methodology                                          17

  ◦ Invoice Information                                             17

  ◦ Non-Invoice Information                                         17

  ◦ A Note on US Cities                                             17

  ◦ Data Methodology                                                17

# A Letter to Our Readers

Welcome to the 2015 Real Rate Report® Snapshot, our latest update to The Real Rate Report®, the industry's le driven benchmark report for lawyer rates and matter costs.

The past year was characterized by challenging economic growth, corporate legal departments with diminish to allocate precious company dollars to costly, long-term litigation and avoidable legal matters, and an i competitive legal services marketplace where corporate clients rewarded law firm productivity. In this er where there are more choices available—to corporate counsel and law firms alike—to perform high-quality differently than ever before, both buyers and sellers of legal services must ground their decisions in relevant, a information.

In an ongoing effort to provide this transparency, CEB and ELM Solutions once again analyzed more than $9 legal spending data from corporations' and law firms' e-billing and time management solutions, as well as oth sources. The result is this year's Real Rate Report Snapshot: a refresh of the robust data appendices published Real Rate Report that includes an additional year of rate data.

As in the 2014 Real Rate Report, we have included lawyer and paralegal rate data filtered by specific practic practice areas, metropolitan areas, and types of matters to give legal departments and law firms greater ability areas of opportunity. Our hope remains that the information and analysis provided in this Snapshot will not c legal departments about hourly rates and total costs but also empower them to make better and more confiden that create substantial cost savings and greater satisfaction with the law firms they use.

We strive to make The Real Rate Report and Real Rate Report Snapshot valuable and actionable reference toc departments and law firms. As always, we welcome your comments and suggestions on what information woulc publication more valuable to you. We thank you and look forward to continuing the conversation on how legal de and law firms can collaborate with better clarity and trust.

Warm regards,

Aaron Kotok
Practice Leader
CEB

Glenn Paredes
EVP and General Manager
ELM Solutions

# How to Use This Snapshot

The Real Rate Report and this 2015 Real Rate Report Snapshot examine law firm rates over time and identify rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal). All analyses included in the study are derived from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information—along with the ranges of those rates and their changes over time—highlights the roles these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals. Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether they could generate additional income if they modified their approach.

Affirmatively or intuitively, company purchasers of law firm services usually evaluate law firm rates based on five classic value propositions:[1]

- Quality (whether good, poor, or acceptable results are routinely achieved)
- Cost (the price, or rate, paid to achieve results)
- Service (the level of responsiveness and compliance with required processes)
- Speed (how quickly matters or tasks are resolved)
- Innovation (the application of novel solutions to issues or matters)

These value propositions are more or less impor varying practice areas, and this study clearly de their relative values. Delivering fast and excellen complicated financial matters is appropriately value more highly (with resulting higher rates) than is excellent results in routine workers' compensation o matters. The information in this 2015 update—as analyses included in the full-length 2014 Real Ra can help law firms consider whether they are prop their services and further inform the profitability of business models. This 2015 Real Rate Report Snaps 2014 Real Rate Report can help companies align th future paid rates with the value propositions that greatest value by practice area.

Dave Ulrich, Jack Zenger and Norm Smallwood, *Results-Based Leadership*, Boston: Harvard Business Press, 1999

wketm:

# A Note on Comparability of Data

The data used for this 2015 Real Rate Report Snapshot include more than $9.8 billion in fees billed for legal services in the United States during the three-year period from 2012 to 2014. The data comprise fees paid by 96 companies to more than 4,500 law firms and more than 151,000 timekeepers. Table 1 provides a summary description of the US dataset.

In addition, we used a smaller subset of data to provide several analyses on non-United States legal fees. These data include approximately $812 million in fees, more than 26,000 timekeepers, and 25 countries being represented in the final report.

The information is not based on surveys, sampling, or reviews of other published information, but on anonymized data showing the actual hours and fees law firm personnel billed. Companies participating in this 2015 Real Rate Report Snapshot analysis provided written consent for the use of their data. The data used to create this snapshot exclude identifying information of participant companies and of the matters, timekeeper firms billing on those companies' invoices. (For more on the data methodology, see the Appendix.)

This dataset is large enough to provide valuable g represents a statistically useful portion of the $: annual US legal services business.[2] Am Law 100 had 2014 revenues of roughly $92.7 billion.[3] This da 106,882 partners and associates—spread across mc US metropolitan areas.

Again, this sample is large enough to have usefu power, but it certainly does not come close to cov lawyers in the United States who work for corporate United States Bureau of Labor Statistics estimates th than 603,000 lawyers practicing in the United St lawyers in the New York City area alone and anoth the Washington, DC, area.[4]

[1] Bureau of Economic Analysis. "Gross Output by Industry," 2013.
Aric Press. "2015 Global 100: Top-Grossing Law Firms in the World," The American Lawyer, 28 September 2015, http://www.americanlawyer.com/id=1202471809860 100-TopGrossing-Law-Firms-in-the-World-.
[4] Bureau of Labor Statistics. "Occupational Employment . nd Wages, May 2014," May 2014, http://www.bls.gov/oes/current/oes231011.htm.

## Partners and Associates
### By City (Continued)

| City | Role | n | First Quartile | Median | Third Quartile | 2014 Mean | 2013 Mean | 2012 Mean |
|---|---|---|---|---|---|---|---|---|
| Kansas City, MO | Partner | 234 | $300.56 | $375.16 | $454.00 | $386.16 | $377.81 | $367.10 |
| | Associate | 194 | $221.00 | $250.00 | $288.73 | $264.30 | $247.12 | $242.05 |
| Knoxville, TN | Partner | 32 | $195.00 | $230.00 | $280.00 | $250.40 | $231.47 | $250.25 |
| | Associate | 24 | $175.00 | $195.00 | $200.00 | $185.57 | $183.80 | $181.62 |
| Lansing, MI | Partner | 20 | $297.25 | $395.00 | $455.14 | $385.20 | $353.68 | $317.56 |
| | Associate | n/a | n/a | n/a | n/a | n/a | $198.48 | $191.18 |
| Las Vegas, NV | Partner | 112 | $231.67 | $348.50 | $464.62 | $359.19 | $354.18 | $316.87 |
| | Associate | 93 | $200.00 | $230.00 | $275.00 | $239.91 | $231.96 | $225.03 |
| Lexington, KY | Partner | 49 | $285.21 | $320.00 | $365.00 | $312.80 | $309.86 | $299.64 |
| | Associate | 25 | $180.00 | $210.00 | $230.00 | $206.51 | $177.14 | $192.66 |
| Little Rock, AR | Partner | 48 | $225.00 | $292.50 | $312.50 | $276.49 | $251.24 | $249.90 |
| | Associate | 24 | $170.00 | $180.00 | $190.00 | $185.40 | $169.67 | $167.65 |
| Los Angeles, CA | Partner | 1,392 | $375.00 | $585.00 | $823.63 | $608.01 | $589.28 | $594.18 |
| | Associate | 1,947 | $286.70 | $425.00 | $574.84 | $438.13 | $417.20 | $414.38 |
| Louisville, KY | Partner | 92 | $247.50 | $307.07 | $376.95 | $310.29 | $314.97 | $310.93 |
| | Associate | 64 | $172.94 | $180.00 | $199.12 | $187.86 | $189.42 | $188.74 |
| Madison, WI | Partner | 40 | $222.50 | $336.50 | $355.00 | $316.00 | $289.51 | $320.62 |
| | Associate | 28 | $169.16 | $205.00 | $280.00 | $244.14 | $234.12 | $201.60 |
| Memphis, TN | Partner | 82 | $260.00 | $300.75 | $385.77 | $311.01 | $296.67 | $287.91 |
| | Associate | 49 | $188.92 | $195.00 | $225.00 | $207.60 | $199.77 | $205.13 |
| Miami, FL | Partner | 459 | $293.79 | $395.00 | $505.07 | $409.83 | $399.85 | $400.31 |
| | Associate | 367 | $185.00 | $240.00 | $305.00 | $264.31 | $270.83 | $260.21 |
| Milwaukee, WI | Partner | 198 | $275.00 | $350.10 | $430.03 | $369.21 | $367.23 | $354.02 |
| | Associate | 140 | $200.00 | $250.00 | $280.00 | $246.57 | $236.17 | $238.51 |
| Minneapolis, MN | Partner | 422 | $255.00 | $385.00 | $490.00 | $395.16 | $387.60 | $382.57 |
| | Associate | 415 | $215.00 | $251.69 | $305.00 | $264.41 | $266.93 | $256.24 |
| Montgomery, AL | Partner | 20 | $253.18 | $290.00 | $325.00 | $289.84 | $284.84 | $264.73 |
| | Associate | n/a | n/a | n/a | n/a | n/a | $162.60 | $159.65 |
| Nashville, TN | Partner | 127 | $275.20 | $350.00 | $410.00 | $347.03 | $338.21 | $319.60 |
| | Associate | 133 | $175.00 | $200.00 | $234.00 | $206.42 | $205.61 | $204.75 |
| New Haven, CT | Partner | 34 | $316.39 | $358.67 | $420.00 | $369.27 | $339.71 | $357.67 |
| | Associate | 30 | $231.75 | $250.00 | $274.90 | $288.79 | $290.56 | $253.37 |
| New Orleans, LA | Partner | 150 | $204.59 | $275.00 | $325.00 | $280.76 | $280.26 | $274.77 |
| | Associate | 128 | $160.00 | $205.46 | $229.82 | $210.98 | $202.07 | $196.34 |
| New York, NY | Partner | 3,597 | $511.65 | $764.00 | $977.00 | $745.45 | $725.95 | $723.59 |
| | Associate | 5,282 | $335.00 | $470.00 | $630.00 | $486.74 | $473.00 | $465.91 |
| Oklahoma City, OK | Partner | 71 | $200.00 | $265.00 | $320.00 | $264.87 | $271.70 | $255.10 |
| | Associate | 45 | $150.00 | $175.00 | $190.00 | $176.49 | $186.82 | $174.34 |

wkelmsolutions.com

cebglobal.com

# Section I: High-Level Data Cuts

## Partners and Associates
*By City (Continued)*

| City | Role | n | First Quartile | Median | Third Quartile | 2014 Mean | 2013 Mean | 2012 Mean |
|---|---|---|---|---|---|---|---|---|
| Omaha, NE | Partner | 79 | $190.00 | $270.00 | $325.00 | $272.26 | $265.36 | $253.20 |
| | Associate | 39 | $165.00 | $185.00 | $226.00 | $196.52 | $180.96 | $169.56 |
| Orlando, FL | Partner | 134 | $275.00 | $341.63 | $455.00 | $368.66 | $344.19 | $328.62 |
| | Associate | 139 | $193.50 | $240.00 | $280.12 | $250.28 | $243.04 | $227.93 |
| Philadelphia, PA | Partner | 1,137 | $370.00 | $515.00 | $657.00 | $515.71 | $495.45 | $485.09 |
| | Associate | 1,406 | $236.00 | $300.00 | $385.00 | $315.63 | $313.97 | $301.54 |
| Phoenix, AZ | Partner | 222 | $275.00 | $350.00 | $427.50 | $356.83 | $357.96 | $346.18 |
| | Associate | 183 | $200.00 | $235.00 | $280.00 | $238.51 | $189.76 | $241.02 |
| Pittsburgh, PA | Partner | 238 | $320.00 | $465.00 | $560.00 | $456.26 | $416.13 | $406.71 |
| | Associate | 249 | $200.00 | $260.00 | $334.79 | $278.31 | $267.54 | $256.46 |
| Portland, ME | Partner | 60 | $190.00 | $295.00 | $358.00 | $287.81 | $294.07 | $263.16 |
| | Associate | 25 | $170.00 | $198.00 | $237.08 | $211.41 | $212.51 | $193.94 |
| Portland, OR | Partner | 175 | $323.48 | $375.00 | $432.00 | $379.66 | $357.02 | $352.99 |
| | Associate | 178 | $214.21 | $250.00 | $298.84 | $255.20 | $246.97 | $239.61 |
| Providence, RI | Partner | 35 | $185.00 | $290.00 | $350.00 | $308.04 | $315.78 | $294.58 |
| | Associate | 29 | $160.00 | $175.00 | $210.00 | $185.33 | $192.66 | $196.15 |
| Raleigh, NC | Partner | 83 | $257.23 | $335.00 | $410.00 | $343.08 | $348.79 | $356.36 |
| | Associate | 52 | $170.00 | $225.00 | $294.92 | $245.23 | $229.87 | $229.12 |
| Reno, NV | Partner | 22 | $300.00 | $355.00 | $425.00 | $349.99 | $346.98 | $328.48 |
| | Associate | 14 | $200.00 | $275.00 | $325.00 | $260.56 | $251.25 | $232.82 |
| Richmond, VA | Partner | 191 | $290.00 | $450.00 | $593.76 | $454.38 | $425.36 | $432.76 |
| | Associate | 170 | $225.00 | $300.00 | $356.00 | $303.45 | $290.45 | $281.11 |
| Roanoke, VA | Partner | 10 | $145.00 | $185.00 | $264.99 | $202.92 | $215.41 | $233.93 |
| | Associate | 11 | $100.00 | $135.00 | $166.25 | $137.84 | $127.50 | $164.17 |
| Rochester, NY | Partner | 41 | $250.00 | $338.00 | $390.00 | $335.44 | $310.89 | $312.48 |
| | Associate | 34 | $190.00 | $221.26 | $250.00 | $222.55 | $215.93 | $205.30 |
| Sacramento, CA | Partner | 54 | $265.00 | $332.15 | $445.00 | $377.50 | $397.46 | $403.25 |
| | Associate | 63 | $220.00 | $250.00 | $300.00 | $278.80 | $276.33 | $298.49 |
| Salt Lake City, UT | Partner | 104 | $230.00 | $305.88 | $372.00 | $312.48 | $319.89 | $306.46 |
| | Associate | 66 | $178.50 | $207.50 | $275.00 | $320.48 | $280.36 | $262.30 |
| San Antonio, TX | Partner | 34 | $256.50 | $325.00 | $425.00 | $354.52 | $362.52 | $345.09 |
| | Associate | 16 | $195.00 | $225.00 | $272.50 | $238.47 | $242.62 | $252.12 |
| San Diego, CA | Partner | 190 | $295.00 | $432.60 | $679.00 | $481.80 | $478.52 | $473.68 |
| | Associate | 194 | $185.00 | $260.50 | $400.00 | $310.31 | $319.68 | $299.64 |
| San Francisco, CA | Partner | 823 | $388.08 | $592.26 | $760.00 | $590.50 | $596.06 | $603.43 |
| | Associate | 742 | $259.25 | $360.00 | $495.00 | $387.40 | $395.03 | $394.18 |
| San Jose, CA | Partner | 265 | $440.04 | $675.75 | $816.13 | $655.65 | $867.61 | $641.89 |
| | Associate | 221 | $285.00 | $375.00 | $514.14 | $411.73 | $429.44 | $415.99 |