ERIC A. HERZOG (BAR NO. 229066)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494
eric.herzog@nortonrosefulbright.com

ROBERT A. BURGOYNE
CAROLINE M. MEW
PERKINS COIE LLP
700 13th Street, NE, Suite 600
Washington, DC 20005
Telephone:   (202) 654-1744
Facsimile:   (202 624-9548
rburgoyne@perkinscoie.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| LAW SCHOOL ADMISSION COUNCIL, INC. | )  Case No. 12-cv-01830-JCS<br>)<br>) |
| Defendant. | )<br>) |
| THE UNITED STATES OF AMERICA | )  **STIPULATION TO DEADLINE**<br>)  **EXTENSION FOR YEAR 5** |
| Plaintiff-Intervenor, | )  **MONITOR REPORT;** ~~**PROPOSED**~~<br>)  ~~**ORDER**~~ |
| v. | )<br>) |
| LAW SCHOOL ADMISSION COUNCIL, INC. | )<br>)<br>) |
| Defendant. | )<br>) |

1

144122203.1

Pursuant to this Court's Orders (ECF 278, 281), the Monitor appointed in this case – Arthur Coleman – requested an extension to the deadline for his next report, which is currently due on April 21, 2019, from the parties.  Mr. Coleman requested an extension due principally to family health issues affecting the staffing capacities of members of the Monitor's team. The parties have consented to his request and respectfully request that an extension be granted as follows:

The deadline for the Monitor's Year 5 report will be May 29, 2019, instead of April 21, 2019.

IT IS SO STIPULATED.

                                                Respectfully submitted,

REBECCA B. BOND
ROBERTA KIRKENDALL
KATHLEEN P. WOLFE

Date: _____

*/s/Nabina Sinha*
NABINA SINHA
MEGAN E. SCHULLER
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice

Attorneys for the United States of America

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

Date: _____

*/s/Mari Mayeda*
MARI MAYEDA
JONI CARRASCO
IRINA TRASOVAN
Attorneys for the Department of Fair Employment and Housing

144122203.1

|   |   |
|---|---|
| Date: _____ | PERKINS COIE LLP<br><br>*/s/Caroline Mew*[1]<br>ROBERT A. BURGOYNE<br>CAROLINE M. MEW<br>Attorneys for Law School Admission Council, Inc. |

# ~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that:

1. The Monitor's Year 5 report is due by May 29, 2019.

IT IS SO ORDERED.

Date: April 17, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] I, Caroline Mew, hereby attest that I obtained the concurrence of all signatories whose signatures are represented by a conformed /s/ in the filing of this document.

3

144122203.1